# EXHIBIT "A"

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 17-10194-sr

*Assigned to:* Judge Stephen Raslavich  
Chapter 13  
Voluntary  
Asset

*Date filed:* 01/11/2017  
*Date terminated:* 04/03/2017  
*Debtor dismissed:* 01/24/2017

*Debtor disposition:* Dismissed for Failure to File Information

**Debtor**  
**Grace Louise Dahlquist**  
17 Shannot Drive  
North Wales, PA 19454  
MONTGOMERY-PA  
SSN / ITIN: xxx-xx-3395

represented by **WILLIAM P. MARSHALL**  
Law Office of William P. Marshall  
P.O. Box 267  
3101 Trewigtown Road  
Colmar, PA 18915  
215-997-6040  
Fax : 215-997-9611  
Email: wpmlawoffice@aol.com

**Trustee**  
**FREDERICK L. REIGLE**  
Chapter 13 Trustee  
2901 St. Lawrence Avenue  
Suite 100  
Reading, PA 19606  
610-779-1313

**U.S. Trustee**  
**United States Trustee**  
Office of the U.S. Trustee  
200 Chestnut Street  
Suite 502  
Philadelphia, PA 19106  
(215) 597-4411

| Filing Date | # | Docket Text |
|---|---|---|
| 01/11/2017 | [1](#) (7 pgs) | Chapter 13 Voluntary Petition for Individual . Fee Amount $310 Filed by Grace Louise Dahlquist. Certification Concerning Credit Counseling and/or Certificate of Credit Counseling due 01/25/2017. Matrix List of Creditors due 01/18/2017. Government Proof of Claim Deadline: 07/10/2017. Atty Disclosure Statement due 01/25/2017. BPP Declaration & Signature of Non Attorney due 01/25/2017. BPP Notice to Debtor by Non Attorney due 01/25/2017. Chapter 13 Plan due by 01/25/2017.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 01/25/2017 Schedules AB-J due 01/25/2017. SSN - |

| | | |
|---|---|---|
| | | Form B21 / Tax ID due 01/25/2017. Statement of Financial Affairs due 01/25/2017. Summary of Assets and Liabilities Form B106 due 01/25/2017. Statistical Summary of Certain Liabilities Form B206 due 01/25/2017. Incomplete Filings due by 01/25/2017. (MARSHALL, WILLIAM) (Entered: 01/11/2017) |
| 01/11/2017 | | Receipt of Voluntary Petition (Chapter 13)(17-10194) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 18267932. Fee Amount $ 310.00. (re: Doc# [1](#)) (U.S. Treasury) (Entered: 01/11/2017) |
| 01/12/2017 | | FREDERICK L. REIGLE added to case. (R., Yvette) (Entered: 01/12/2017) |
| 01/12/2017 | [2](#) (1 pg) | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed: Certification Concerning Credit Counseling and/or Certificate of Credit Counseling due 01/25/2017. Matrix List of Creditors due 01/18/2017. Atty Disclosure Statement due 01/25/2017. Chapter 13 Plan due by 01/25/2017. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 due 01/25/2017. Schedules AB-J due 01/25/2017. Statement of Financial Affairs due 01/25/2017. Summary of Assets and Liabilities Form B106 due 01/25/2017. Means Test Calculation 122C-2 due 01/25/2017. Any request for an extension of time must be filed prior to the expiration of the deadlines listed. (R., Yvette) (Entered: 01/12/2017) |
| 01/14/2017 | [3](#) (2 pgs) | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # [2](#)). No. of Notices: 1. Notice Date 01/14/2017. (Admin.) (Entered: 01/15/2017) |
| 01/24/2017 | [4](#) (1 pg) | Order Dismissing Case for failure to file the mailing matrix timely. . (W., Christine) (Entered: 01/24/2017) |
| 01/26/2017 | [5](#) (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [4](#)). No. of Notices: 1. Notice Date 01/26/2017. (Admin.) (Entered: 01/27/2017) |
| 01/30/2017 | [6](#) (7 pgs; 4 docs) | ***incorrect entry***Motion for Relief from *the Order dismissing the bankruptcy* Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL (Counsel) (related document(s)[4](#)). (Attachments: # [1](#) Proposed Order # [2](#) Exhibit # [3](#) hearing notice) (MARSHALL, WILLIAM) Modified on 1/31/2017 (W., Christine). (Entered: 01/30/2017) |
| 01/30/2017 | [7](#) (6 pgs) | ***correct entry*** Motion to Reconsider Dismissal of Case Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL (Counsel). (W., Christine) (Entered: 01/31/2017) |
| 01/30/2017 | [8](#) (1 pg) | Notice of (related document(s): [7](#) Motion to Reconsider Dismissal of Case) Filed by Grace Louise Dahlquist . Hearing scheduled 3/8/2017 at 10:00 AM at nix4 - Courtroom #4. (W., Christine) (Entered: 01/31/2017) |
| 02/03/2017 | [9](#) (1 pg) | Notice of Appearance and Request for Notice *and Demand for Service Papers* by MICHELLE JEANNE STRANEN Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association. (STRANEN, MICHELLE) (Entered: 02/03/2017) |

| | | |
|---|---|---|
| 02/09/2017 | [10](#) (5 pgs; 2 docs) | Response to Motion to Reconsider Dismissal of Case filed by Debtor Grace Louise Dahlquist Filed by Gwynedd Club Condominium Association (related document(s)[7](#)). (Attachments: # [1](#) Proposed Order) (STRANEN, MICHELLE) (Entered: 02/09/2017) |
| 02/09/2017 | [11](#) (1 pg) | Certificate of Service *for Response to Debtor's Motion to Reconsider Dismissal of Case* Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association (related document(s)[10](#)). (STRANEN, MICHELLE) (Entered: 02/09/2017) |
| 02/20/2017 | [12](#) (1 pg) | Notice of Appearance and Request for Notice Filed by Synchrony Bank. (Smith, Valerie) (Entered: 02/20/2017) |
| 03/08/2017 | 13 | Hearing on Motion to Reconsider Dismissal of Case Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL (Counsel). (W., Christine) filed by Debtor Grace Louise Dahlquist Cancelled. Reason for Cancellation: MOTION MOOT. Debtor filed another case bk# 17-10817 (related document(s)[7](#)). (D., Nancy) (Entered: 03/23/2017) |
| 04/01/2017 | [14](#) (4 pgs) | Chapter 13 Trustee's Final Report and Account, dismissed. Filed by FREDERICK L. REIGLE. (REIGLE, FREDERICK) (Entered: 04/01/2017) |
| 04/03/2017 | | Bankruptcy Case Terminated for Statistical Purposes. (W., Christine) (Entered: 04/03/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/12/2021 16:13:14 | | | |
| **PACER Login:** | MStranen | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 17-10194-sr Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |