# EXHIBIT "B"

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 17-10817-jkf

*Assigned to:* Judge Jean K. FitzSimon
Chapter 13
Voluntary
Asset

*Date filed:* 02/06/2017
*Date terminated:* 03/01/2018
*Debtor dismissed:* 11/27/2017

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Grace Louise Dahlquist**
17 Shannon Drive
North Wales, PA 19454
MONTGOMERY-PA
SSN / ITIN: xxx-xx-3395

represented by **WILLIAM P. MARSHALL**
Law Office of William P. Marshall
P.O. Box 267
3101 Trewigtown Road
Colmar, PA 18915
215-997-6040
Fax : 215-997-9611
Email: wpmlawoffice@aol.com

*Trustee*
**FREDERICK L. REIGLE**
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
610-779-1313

represented by **POLLY A. LANGDON**
Office of Scott F. Waterman, Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
(610) 779-1313
Fax : 610-779-3637
Email: ecfmail@readingch13.com

*U.S. Trustee*
**United States Trustee**
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(215) 597-4411

| Filing Date | # | Docket Text |
|---|---|---|
| 02/06/2017 | 1 (7 pgs) | Chapter 13 Voluntary Petition for Individual . Fee Amount $310 Filed by Grace Louise Dahlquist. Certification Concerning Credit Counseling and/or Certificate of Credit Counseling due 02/20/2017. Matrix List of Creditors due 02/13/2017. Government Proof of Claim Deadline: 08/5/2017. Atty Disclosure Statement due 02/20/2017. Chapter 13 Plan due by 02/20/2017. Schedules AB-J due 02/20/2017. SSN - Form B21 /Tax ID due 02/20/2017. Statement of Financial Affairs due 2/20/2017. |

| Date | Doc # | Description |
|---|---|---|
| | | Summary of Assets and Liabilities Form B106 due 2/20/2017. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 2/20/2017. Incomplete Filings due by 02/20/2017. (MARSHALL, WILLIAM) Modified on 2/7/2017 (H., Lisa). (Entered: 02/06/2017) |
| 02/06/2017 | | FREDERICK L. REIGLE added to case. (G., Jennifer) (Entered: 02/06/2017) |
| 02/06/2017 | 2 (1 pg) | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed: Any request for an extension of time must be filed prior to the expiration of the deadlines listed. (Matrix List of Creditors due 02/13/2017. Certification Concerning Credit Counseling and/or Certificate of Credit Counseling due 02/20/2017. Atty Disclosure Statement due 02/20/2017. Chapter 13 Plan due by 02/20/2017. Schedules AB-J due 02/20/2017. SSN - Form B21 /Tax ID due 02/20/2017. Statement of Financial Affairs due 2/20/2017. Summary of Assets and Liabilities Form B106 due 2/20/2017. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 2/20/2017.) (H., Lisa) (Entered: 02/07/2017) |
| 02/07/2017 | | Corrective Entry re: Chapter 13 Voluntary Petition (related document(s)1). *Modified Entry to Add Additional Deficiencies* (H., Lisa) (Entered: 02/07/2017) |
| 02/07/2017 | 3 (1 pg) | Notice of Appearance and Request for Notice *and Demand for Service Papers* by MICHELLE JEANNE STRANEN Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association. (STRANEN, MICHELLE) (Entered: 02/07/2017) |
| 02/07/2017 | | Receipt of Voluntary Petition (Chapter 13)(17-10817) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 18371988. Fee Amount $ 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 02/07/2017) |
| 02/09/2017 | 4 (33 pgs; 3 docs) | Motion for Relief from Stay . Fee Amount $181.00, Filed by Gwynedd Club Condominium Association Represented by MICHELLE JEANNE STRANEN (Counsel). Objections due by 2/23/2017. (Attachments: # 1 Proposed Order # 2 Exhibit Exhibits A B and C) (STRANEN, MICHELLE) (Entered: 02/09/2017) |
| 02/09/2017 | | Receipt of Motion for Relief From Stay(17-10817-sr) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 18379987. Fee Amount $ 181.00. (re: Doc# 4) (U.S. Treasury) (Entered: 02/09/2017) |
| 02/09/2017 | 5 (3 pgs) | Certificate of Service *for Notice of Motion/Motion for Relief* Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association (related document(s)4). (STRANEN, MICHELLE) (Entered: 02/09/2017) |
| 02/09/2017 | 6 (2 pgs) | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # 2)). No. of Notices: 1. Notice Date 02/09/2017. (Admin.) (Entered: 02/10/2017) |
| 02/10/2017 | 7 | Notice of (related document(s): 4 Motion for Relief from Stay . Fee |

| | | |
|---|---|---|
| | (2 pgs) | Amount $181.00, Filed by Gwynedd Club Condominium Association. Hearing scheduled 3/8/2017 at 10:00 AM at nix4 - Courtroom #4. (STRANEN, MICHELLE) (Entered: 02/10/2017) |
| 02/10/2017 | 8 (1 pg) | Amended Certificate of Service Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association (related document(s)4). (STRANEN, MICHELLE) (Entered: 02/10/2017) |
| 02/10/2017 | 9 (1 pg) | Proposed Order Re: *Motion for Relief from Stay* Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association (related document(s)4). (STRANEN, MICHELLE) (Entered: 02/10/2017) |
| 02/12/2017 | 10 (2 pgs) | Motion to Extend time time to file creditor matrix Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL (Counsel). (MARSHALL, WILLIAM) (Entered: 02/12/2017) |
| 02/14/2017 | 11 (1 pg) | Order granting 10 Motion to Extend Time to File Matrix List of Creditors Filed by Grace Louise Dahlquist. Matrix List of Creditors due 2/21/2017. (B., John) (Entered: 02/14/2017) |
| 02/16/2017 | 12 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 11)). No. of Notices: 1. Notice Date 02/16/2017. (Admin.) (Entered: 02/17/2017) |
| 02/20/2017 | 13 (1 pg) | Certificate of Credit Counseling Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 02/20/2017) |
| 02/20/2017 | 14 (7 pgs) | Amended Voluntary Petition *to include prior bankruptcy case filed* Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (related document(s)1). (MARSHALL, WILLIAM) (Entered: 02/20/2017) |
| 02/20/2017 | 15 | Statement of Social Security Number Received. Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 02/20/2017) |
| 02/20/2017 | 16 (3 pgs) | Motion to Extend time to Cure Deficiencies Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL (Counsel). (MARSHALL, WILLIAM) (Entered: 02/20/2017) |
| 02/21/2017 | 17 (1 pg) | Disclosure of Compensation of Attorney for Debtor in the amount of 1700.00 Debtor Grace Louise Dahlquist Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 02/21/2017) |
| 02/21/2017 | 18 | Matrix Filed. Number of pages filed: 7, Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 02/21/2017) |
| 02/23/2017 | 19 (1 pg) | Order granting 16 Motion to Extend Time to File Required Documents. Incomplete Filings due by 3/8/2017. Chapter 13 Plan due by 3/8/2017. Schedules A/B - J due 3/8/2017. Statement of Financial Affairs due 3/8/2017. Summary of Assets and Liabilities Form B106 due 3/8/2017. |

| Date | Doc # | Description |
|---|---|---|
| | | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 due 3/8/2017, Means Test Calculation Form 122C-2 due 3/8/2017. (B., John) (Entered: 02/23/2017) |
| 02/23/2017 | 20 (7 pgs; 2 docs) | Response to Motion for Relief From Stay filed by Creditor Gwynedd Club Condominium Association Filed by Grace Louise Dahlquist (related document(s)4). (Attachments: # 1 Proposed Order) (MARSHALL, WILLIAM) (Entered: 02/23/2017) |
| 02/25/2017 | 21 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 19)). No. of Notices: 1. Notice Date 02/25/2017. (Admin.) (Entered: 02/26/2017) |
| 03/01/2017 | 22 (1 pg) | Notice of Appearance and Request for Notice Filed by Synchrony Bank. (Smith, Valerie) (Entered: 03/01/2017) |
| 03/07/2017 | 23 (2 pgs) | Chapter 13 Plan Filed by Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 03/07/2017) |
| 03/07/2017 | 24 (2 pgs) | Schedule I - Your Income Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 03/07/2017) |
| 03/07/2017 | 25 (2 pgs) | Schedule J - Your Expenses Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 03/07/2017) |
| 03/08/2017 | 26 | Hearing held on 4 Motion for Relief from Stay Filed by Gwynedd Club Condominium Association represented by MICHELLE JEANNE STRANEN (Counsel). Order entered. (B., John) (Entered: 03/08/2017) |
| 03/08/2017 | 27 (2 pgs) | Order granting in part 4 Motion for Relief from Stay Filed by Gwynedd Club Condominium Association. (B., John) (Entered: 03/08/2017) |
| 03/08/2017 | 28 (18 pgs) | Declaration About Individual Debtor's Schedules , Notice to Individual Debtor Primarily Consumer Debts , Statement of Financial Affairs for Individual , Summary of Assets and Liabilities and Certain Statistical Information Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 03/08/2017) |
| 03/08/2017 | 29 (6 pgs) | Schedule A/B Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 03/08/2017) |
| 03/08/2017 | 30 (2 pgs) | Schedule C Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 03/08/2017) |
| 03/08/2017 | 31 (1 pg) | Schedule D - Creditors Who Hold Claims Secured by Property Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 03/08/2017) |
| 03/08/2017 | 32 (27 pgs) | Schedule E/F: Creditors Who Have Unsecured Claims Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 03/08/2017) |
| 03/08/2017 | 33 (1 pg) | Schedule G - Executory Contracts and Unexpired Leases Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. |

| | | (MARSHALL, WILLIAM) (Entered: 03/08/2017) |
|---|---|---|
| 03/08/2017 | 34 (1 pg) | Schedule H - Your Codebtors Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 03/08/2017) |
| 03/08/2017 | 36 (3 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C-1. Disposable Income Is Not Determined. Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (B., John) (Entered: 03/16/2017) |
| 03/10/2017 | 35 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 27)). No. of Notices: 3. Notice Date 03/10/2017. (Admin.) (Entered: 03/11/2017) |
| 03/17/2017 | 37 (32 pgs; 2 docs) | Transcript regarding Hearing Held 3/8/17 Re: Motion for Relief from Stay. Transcribed by Heritage Reporting Corporation 30 pages. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s) 26 ). Notice of Intent to Request Redaction Deadline Due By 3/24/2017. Redaction Request Due By 4/7/2017. Redacted Transcript Submission Due By 4/17/2017. Transcript access will be restricted through 6/15/2017. (D., Tasha) (Entered: 03/17/2017) |
| 04/13/2017 | 38 (2 pgs) | Meeting of Creditors. The Debtor has filed a Plan. This Plan proposes payment to the trustee of $414.00 per month for 36 months. Filed by FREDERICK L. REIGLE. 341(a) meeting to be held on 5/12/2017 at 11:00 AM at 1234 Market Street. Objection to Dischargeability of Certain Debts due: 7/11/2017. Proofs of Claims due by 8/10/2017. Government Proof of Claim Deadline: 08/5/2017.Confirmation Hearing scheduled 6/14/2017 at 10:00 AM at nix4 - Courtroom #4. (REIGLE, FREDERICK) (Entered: 04/13/2017) |
| 04/15/2017 | 39 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 38)). No. of Notices: 42. Notice Date 04/15/2017. (Admin.) (Entered: 04/16/2017) |
| 05/17/2017 | 40 | Meeting of Creditors Continued. Reason for continuance: for 5/12/17 meeting of creditors continued at request of Counsel for Debtor(s). New date and time to be announced... (REIGLE, FREDERICK) (Entered: 05/17/2017) |
| 06/02/2017 | 41 | Meeting of Creditors Continued. Reason for continuance:.. 341(a) meeting to be held on 6/30/2017 at 01:00 PM at 1234 Market Street. (REIGLE, FREDERICK) (Entered: 06/02/2017) |
| 06/14/2017 | 42 | Hearing Continued on 38 Confirmation Hearing scheduled 8/23/2017 at 10:00 AM at nix4 - Courtroom #4. (J., Randi) (Entered: 06/15/2017) |
| 06/20/2017 | 43 (63 pgs) | ***Incorrect entry. Electronic filing error. See correct entry #46*** Motion *to Interplead Settlement Funds with the Trustee in Bankruptcy* Filed by Greater New York Mutual Insurance Company, Mid-Atlantic Management Corporation Represented by JOHN GERALD DEVLIN (Counsel). (DEVLIN, JOHN) ***Modified on 7/7/2017 (B., John)*** . (Entered: 06/20/2017) |
| 06/21/2017 | 44 | Order Scheduling Hearing on 4 Motion for Relief from Stay Filed by |

| | | |
|---|---|---|
| | (2 pgs) | Gwynedd Club Condominium Association represented by MICHELLE JEANNE STRANEN (Counsel). Hearing is scheduled for 7/26/2017 at 10:30 AM in nix4 - Courtroom #4. (B., John) (Entered: 06/21/2017) |
| 06/22/2017 | 45 (149 pgs; 8 docs) | Motion for Relief from Stay . Fee Amount $181.00, Filed by Thomas V. Pennise Jr., Gwynedd Club Condominium Association Represented by ANDREW J. KRAMER (Counsel). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G) (KRAMER, ANDREW) (Entered: 06/22/2017) |
| 06/22/2017 | | Receipt of Motion for Relief From Stay(17-10817-sr) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 18923407. Fee Amount $ 181.00. (re: Doc# 45) (U.S. Treasury) (Entered: 06/22/2017) |
| 06/22/2017 | 48 (2 pgs) | Notice of (related document(s)45 Motion for Relief from Stay) Filed by Thomas V. Pennise Jr., Gwynedd Club Condominium Association. Hearing scheduled for 7/26/2017 at 10:00 AM in nix4 - Courtroom #4. (B., John) (Entered: 06/23/2017) |
| 06/23/2017 | 46 (59 pgs; 5 docs) | Motion for Authorization of Interpleader Deposit (28 U.S.C. Section 1335). Filed by Greater New York Mutual Insurance Company, Mid-Atlantic Management Corporation Represented by JOHN GERALD DEVLIN (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Memorandum of Law # 4 Certificate of Service) (DEVLIN, JOHN) (Entered: 06/23/2017) |
| 06/23/2017 | 47 (2 pgs) | Notice of (related document(s): 46 Motion for Authorization of Interpleader Deposit (28 U.S.C. Section 1335).) Filed by Greater New York Mutual Insurance Company, Mid-Atlantic Management Corporation. Hearing scheduled 7/26/2017 at 10:00 AM in nix4 - Courtroom #4. (DEVLIN, JOHN) (Entered: 06/23/2017) |
| 06/23/2017 | 49 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 44)). No. of Notices: 4. Notice Date 06/23/2017. (Admin.) (Entered: 06/24/2017) |
| 06/27/2017 | 50 (13 pgs; 5 docs) | Motion for Relief from Stay . Fee Amount $181.00, Filed by Gwynedd Club Condominium Association Represented by MICHELLE JEANNE STRANEN (Counsel). Objections due by 7/13/2017. (Attachments: # 1 Proposed Order # 2 Service List # 3 Exhibit A # 4 Exhibit B) (STRANEN, MICHELLE) (Entered: 06/27/2017) |
| 06/27/2017 | | Receipt of Motion for Relief From Stay(17-10817-sr) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 18940685. Fee Amount $ 181.00. (re: Doc# 50) (U.S. Treasury) (Entered: 06/27/2017) |
| 06/27/2017 | 51 (2 pgs) | Notice of (related document(s): 50 Motion for Relief from Stay . Fee Amount $181.00,) Filed by Gwynedd Club Condominium Association. Hearing scheduled 7/26/2017 at 10:00 AM at nix4 - Courtroom #4. (STRANEN, MICHELLE) (Entered: 06/27/2017) |
| 07/05/2017 | 52 (3 pgs) | Response to Motion for Authorization of Interpleader Deposit by Mid-Atlantic Management Corporation, Greater New York Mutual Insurance Company Filed by Grace Louise Dahlquist (related document(s)46). (MARSHALL, WILLIAM). (Entered: 07/05/2017) |
| 07/05/2017 | 53 | Response to Motion for Relief From Stay by Thomas V. Pennise Jr., |

| | | |
|---|---|---|
| | (5 pgs) | Gwynedd Club Condominium Association Filed by Grace Louise Dahlquist (related document(s)45). (MARSHALL, WILLIAM) (Entered: 07/05/2017) |
| 07/11/2017 | | Meeting of Creditors Held and Concluded on: 6/30/2017. (REIGLE, FREDERICK) (Entered: 07/11/2017) |
| 07/12/2017 | 54 (5 pgs) | Response to Motion for Relief From Stay filed by Creditor Gwynedd Club Condominium Association Filed by Grace Louise Dahlquist (related document(s)50). (MARSHALL, WILLIAM) (Entered: 07/12/2017) |
| 07/14/2017 | 55 (15 pgs; 2 docs) | Adversary case 17-00198. Complaint by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist against Gwynedd Club Condominium Association. Fee Amount $0.00 . (Attachments: # 1 adversary cover page) (01 (Determination of removed claim or cause)) (MARSHALL, WILLIAM) (Entered: 07/14/2017) |
| 07/26/2017 | 56 | Hearing held on 45 Motion for Relief from Stay Filed by Thomas V. Pennise represented by ANDREW J. KRAMER (Counsel). Order entered. (B., John) (Entered: 07/27/2017) |
| 07/26/2017 | 57 (1 pg) | Order granting 45 Motion for Relief from Stay Filed by Thomas V. Pennise. (B., John) (Entered: 07/27/2017) |
| 07/26/2017 | 58 | Hearing held on 46 Motion for Authorization of Interpleader Deposit (28 U.S.C. Section 1335) Filed by Greater New York Mutual Insurance Company, Mid-Atlantic Management Corporation represented by JOHN GERALD DEVLIN (Counsel). Order entered. (B., John) (Entered: 07/27/2017) |
| 07/26/2017 | 59 (1 pg) | Order granting 46 Motion for Authorization of Interpleader Deposit (28 U.S.C. Section 1335) Filed by Greater New York Mutual Insurance Company, Mid-Atlantic Management Corporation represented by JOHN GERALD DEVLIN (Counsel). It is hereby Ordered that within 30 days of receipt of this Order, Greater New York Mutual Insurance Company shall forward a check in the amount of $30,000.00 to Debtor's counsel WILLIAM P. MARSHALL, ESQ. (check payable to William P. Marshall Esq., IOLTA account) for deposit by him into said IOLTA account, such funds there to remain pending further Order of this Court. (B., John) (Entered: 07/27/2017) |
| 07/26/2017 | 72 | Hearing Held on 50 Motion for Relief from Stay . Fee Amount $181.00, Filed by Gwynedd Club Condominium Association Represented by MICHELLE JEANNE STRANEN (Counsel). Objections due by 7/13/2017. (Attachments: # 1 Proposed Order # 2 Service List # 3 Exhibit A # 4 Exhibit B) filed by Creditor Gwynedd Club Condominium Association (related document(s),50). HELD UNDER ADVISEMENT. CONCURRENT BRIEFS DO 8/9/17. DECISION TO BE GIVEN 8/23/17. (D., Nancy) (Entered: 08/29/2017) |
| 07/29/2017 | 60 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 57)). No. of Notices: 3. Notice Date 07/29/2017. (Admin.) (Entered: 07/30/2017) |
| 07/29/2017 | 61 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 59)). No. of Notices: 5. Notice Date 07/29/2017. |

| | | |
|---|---|---|
| | | (Admin.) (Entered: 07/30/2017) |
| 08/01/2017 | 62 (4 pgs; 3 docs) | Motion to Dismiss Case. feasibility , Motion to Dismiss Debtor(s) for Failure to File Documents Filed by FREDERICK L. REIGLE Represented by POLLY A. LANGDON (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (LANGDON, POLLY) (Entered: 08/01/2017) |
| 08/01/2017 | 63 (2 pgs) | Notice of (related document(s): 62 Motion to Dismiss Case. feasibility ) *Motion, Response Deadline and Hearing Date* Filed by FREDERICK L. REIGLE. Hearing scheduled 8/23/2017 at 10:00 AM at nix4 - Courtroom #4. (LANGDON, POLLY) (Entered: 08/01/2017) |
| 08/08/2017 | 64 (135 pgs; 4 docs) | Brief *Pursuant to Court's Direction* Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association. (Attachments: # 1 Exhibit A - Certified Copy of Declaration # 2 Exhibit B - Bylaws # 3 Service List Certificate of Service) (STRANEN, MICHELLE) (Entered: 08/08/2017) |
| 08/08/2017 | 65 (7 pgs) | Brief Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist (related document(s)4). (MARSHALL, WILLIAM) (Entered: 08/08/2017) |
| 08/16/2017 | 66 (1 pg) | Amended Schedule D - Creditors Who Hold Claims Secured by Property Fee Amount $31 Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 08/16/2017) |
| 08/16/2017 | | Receipt of Schedule D(17-10817-sr) [misc,schd] ( 31.00) Filing Fee. Receipt number 19130603. Fee Amount $ 31.00. (re: Doc# 66) (U.S. Treasury) (Entered: 08/16/2017) |
| 08/16/2017 | 67 (3 pgs) | First Amended Chapter 13 Plan Filed by Grace Louise Dahlquist (related document(s)23). (MARSHALL, WILLIAM) (Entered: 08/16/2017) |
| 08/21/2017 | 68 (3 pgs) | Second Amended Chapter 13 Plan Filed by Grace Louise Dahlquist (related document(s)67, 23). (MARSHALL, WILLIAM) (Entered: 08/21/2017) |
| 08/22/2017 | 69 (2 pgs) | Response to Motion to Dismiss Case for Other, Dismiss Debtor for Failure to File Documents by Trustee FREDERICK L. REIGLE. Filed by Debtor Grace Louise Dahlquist (related document(s)62). (MARSHALL, WILLIAM) (Entered: 08/22/2017) |
| 08/23/2017 | 70 | Hearing Continued on 42 Confirmation Hearing scheduled 9/27/2017 at 10:00 AM at nix4 - Courtroom #4. (J., Randi) (Entered: 08/25/2017) |
| 08/23/2017 | 71 | Hearing Continued on 62 Motion to Dismiss Case. feasibility , Motion to Dismiss Debtor(s) for Failure to File Documents . Hearing scheduled 9/27/2017 at 10:00 AM at nix4 - Courtroom #4. (J., Randi) (Entered: 08/25/2017) |
| 08/30/2017 | 73 (2 pgs) | Order. Following a continued hearing held on August 23, 2017 concerning a Motion for Relief from Stay Filed by Gwynedd Club Condominium Association (related document(s)50), and a Motion to Dismiss Adversary Proceeding 17-198, it is hereby Ordered that the parties may proceed in accordance with the directives provided to them |

| | | |
|---|---|---|
| | | on the record in open Court. It is further Ordered that Adversary Proceeding 17-198 is hereby voluntarily dismissed as agreed to by the Debtor/Plaintiff. (B., John) (Entered: 08/30/2017) |
| 08/31/2017 | 75 (29 pgs; 2 docs) | Transcript regarding Hearing Held on August 23, 2017 prepared by J&J Court Transcribers, 28 pages. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] (related document(s)73). Notice of Intent to Request Redaction Deadline Due By 9/7/2017. Redaction Request Due By 9/21/2017. Redacted Transcript Submission Due By 10/1/2017. Transcript access will be restricted through 11/29/2017. (L., Linda) (Entered: 09/05/2017) |
| 09/02/2017 | 74 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 73)). No. of Notices: 5. Notice Date 09/02/2017. (Admin.) (Entered: 09/03/2017) |
| 09/05/2017 | | Disposition of Adversary 2:17-ap-198 Dismissed (related document(s)8). (B., John) (Entered: 09/05/2017) |
| 09/05/2017 | | Adversary Case 2:17-ap-198 Terminated for Statistical Purposes. (B., John) (Entered: 09/05/2017) |
| 09/06/2017 | 76 (17 pgs; 4 docs) | Objection to Confirmation of Plan Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association (related document(s)68). (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Service List) (STRANEN, MICHELLE) (Entered: 09/06/2017) |
| 09/27/2017 | 77 | Hearing Continued on 70 Confirmation Hearing scheduled 11/9/2017 at 09:30 AM at nix3 - Courtroom #3. The Hearing Judge is The Honorable Jean K. FitzSimon. (J., Randi) (Entered: 09/29/2017) |
| 09/27/2017 | 78 | Hearing Continued on 62 Motion to Dismiss Case. feasibility , Motion to Dismiss Debtor(s) for Failure to File Documents . Hearing scheduled 11/9/2017 at 09:30 AM at nix3 - Courtroom #3. The Hearing Judge is The Honorable Jean K. FitzSimon. (J., Randi) (Entered: 09/29/2017) |
| 09/29/2017 | 79 | Case reassigned to Judge Jean K. FitzSimon Involvement of Judge Stephen Raslavich Terminated . (A., Clarice) (Entered: 09/29/2017) |
| 11/09/2017 | 80 | Hearing held on 62 Motion to Dismiss Case for Failure to File Documents and Feasibility filed by Trustee FREDERICK L. REIGLE represented by POLLY A. LANGDON (Counsel). Motion granted. Order entered dismissing case. (B., John) (Entered: 11/14/2017) |
| 11/09/2017 | 81 | Confirmation Hearing held. Moot since case has been dismissed. (B., John) (Entered: 11/14/2017) |
| 11/27/2017 | 82 (1 pg) | Order granting 62 Motion to Dismiss Case for Failure to File Documents and Feasibility filed by Trustee FREDERICK L. REIGLE. (B., John) (Entered: 11/27/2017) |
| 11/29/2017 | 83 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 82)). No. of Notices: 48. Notice Date 11/29/2017. (Admin.) (Entered: 11/30/2017) |

| | | |
|---|---|---|
| 02/28/2018 | [84](#)<br>(4 pgs) | Chapter 13 Trustee's Final Report and Account, dismissed. Filed by FREDERICK L. REIGLE. (REIGLE, FREDERICK) (Entered: 02/28/2018) |
| 03/01/2018 | | Bankruptcy Case Terminated for Statistical Purposes. (G., Jennifer) (Entered: 03/01/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/12/2021 16:15:12 | | | |
| **PACER Login:** | MStranen | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 17-10817-jkf Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |