# EXHIBIT "C"

Repeat-PAEB, RepeatPACER, DISMISSED, CASE_CLOSED

# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 18-12049-amc

*Assigned to:* Judge Ashely M. Chan
Chapter 13
Voluntary
Asset

*Date filed:* 03/28/2018
*Date terminated:* 02/24/2021
*Debtor dismissed:* 11/25/2020

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor**<br>**Grace Louise Dahlquist**<br>17 Shannon Drive<br>North Wales, PA 19454<br>MONTGOMERY-PA<br>SSN / ITIN: xxx-xx-3395 | represented by **WILLIAM P. MARSHALL**<br>Law Office of William P. Marshall<br>P.O. Box 267<br>3101 Trewigtown Road<br>Colmar, PA 18915<br>215-997-6040<br>Fax : 215-997-9611<br>Email: wpmlawoffice@aol.com |
| **Trustee**<br>**FREDERICK L. REIGLE**<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>Suite 100<br>Reading, PA 19606<br>610-779-1313<br>*TERMINATED: 07/18/2018* | represented by **FREDERICK L. REIGLE**<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>P.O. Box 4010<br>Reading, PA 19606<br>(610)779-1313<br>Email: ecfmail@fredreiglech13.com |
| **Trustee**<br>**WILLIAM MILLER*R**<br>Interim Chapter 13 Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606<br>610-779-1313<br>*TERMINATED: 01/07/2019* | represented by **WILLIAM MILLER*R**<br>Interim Chapter 13 Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606<br>610-779-1313<br>Email: ecfemail@FredReigleCh13.com |

**Trustee**
**SCOTT F. WATERMAN (Chapter 13)**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(610) 779-1313

**U.S. Trustee**
**United States Trustee**
Office of the U.S. Trustee

200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(215) 597-4411

| Filing Date | # | Docket Text |
|---|---|---|
| 03/28/2018 | [1](#) (8 pgs; 2 docs) | Chapter 13 Voluntary Petition for Individual . Fee Amount $310 Filed by Grace Louise Dahlquist. Matrix List of Creditors due 04/4/2018. SSN - Form B21 /Tax ID due 04/4/2018. Government Proof of Claim Deadline: 09/24/2018. Atty Disclosure Statement due 04/11/2018. Chapter 13 Plan due by 04/11/2018.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 04/11/2018 Schedules AB-J due 04/11/2018. Statement of Financial Affairs due 04/11/2018. Statistical Summary of Certain Liabilities Form B206 due 04/11/2018. Incomplete Filings due by 04/11/2018. (Attachments: # [1](#) counseling certificate) (MARSHALL, WILLIAM) (Entered: 03/28/2018) |
| 03/28/2018 | | Receipt of Voluntary Petition (Chapter 13)(18-12049) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 19974232. Fee Amount $ 310.00. (re: Doc# [1](#)) (U.S. Treasury) (Entered: 03/28/2018) |
| 03/28/2018 | [2](#) (1 pg) | Notice of Appearance and Request for Notice by MICHELLE JEANNE STRANEN Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association. (STRANEN, MICHELLE) (Entered: 03/28/2018) |
| 03/28/2018 | [3](#) (1 pg) | Certificate of Credit Counseling Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist . (D., Stacey) (Entered: 03/29/2018) |
| 03/29/2018 | [4](#) (1 pg) | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed: Matrix List of Creditors due 04/4/2018. SSN - Form B21 /Tax ID due 04/4/2018. Proper Form of Petition due 4/11/18 . Atty Disclosure Statement due 04/11/2018. Chapter 13 Plan due by 04/11/2018.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 04/11/2018 Schedules AB-J due 04/11/2018. Statement of Financial Affairs due 04/11/2018. Any request for an extension of time must be filed prior to the expiration of the deadlines listed. (D., Stacey) (Entered: 03/29/2018) |
| 03/29/2018 | [5](#) (1 pg) | Creditor Request for Notices Filed by Synchrony Bank. (Smith, Valerie) (Entered: 03/29/2018) |
| 03/31/2018 | [6](#) (2 pgs) | BNC Certificate of Mailing - Voluntary Petition. Number of Notices Mailed: (related document(s) (Related Doc # [4](#)). No. of Notices: 1. Notice Date 03/31/2018. (Admin.) (Entered: 04/01/2018) |
| 04/03/2018 | 7 | Statement of Social Security Number Received. Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 04/03/2018) |

| | | |
|---|---|---|
| 04/04/2018 | | FREDERICK L. REIGLE added to case. (R., Yvette) (Entered: 04/04/2018) |
| 04/04/2018 | 8 | Matrix Filed. Number of pages filed: 7, Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 04/04/2018) |
| 04/04/2018 | 9 (9 pgs; 3 docs) | Disclosure of Compensation of Attorney for Debtor in the amount of $1500.00 Debtor Grace Louise Dahlquist, Matrix Filed. Number of pages filed: 7, Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (Attachments: # 1 matrix # 2 verification for matrix) (MARSHALL, WILLIAM) (Entered: 04/04/2018) |
| 04/10/2018 | 10 (3 pgs; 2 docs) | Motion to Time time to Cure deficiencies Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL (Counsel). (Attachments: # 1 Proposed Order) (MARSHALL, WILLIAM) (Entered: 04/10/2018) |
| 04/11/2018 | 11 (1 pg) | Order Granting Motion to Extend Time (Related Doc 10) Chapter 13 Plan due by 4/25/2018. Proper Form of Petition due 4/25/2018. Schedules AB-J due 4/25/2018. Statement of Financial Affairs due 4/25/2018. (D., Stacey) Modified on 4/12/2018 (D., Stacey). (Entered: 04/11/2018) |
| 04/13/2018 | 12 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 11)). No. of Notices: 1. Notice Date 04/13/2018. (Admin.) (Entered: 04/14/2018) |
| 04/20/2018 | 13 (4 pgs; 3 docs) | Motion for Relief from Stay . Fee Amount $181.00, Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL (Counsel). Objections due by 5/7/2018. (Attachments: # 1 Proposed Order # 2 certificate of service) (MARSHALL, WILLIAM) (Entered: 04/20/2018) |
| 04/20/2018 | | Receipt of Motion for Relief From Stay(18-12049-jkf) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 20072966. Fee Amount $ 181.00. (re: Doc# 13) (U.S. Treasury) (Entered: 04/20/2018) |
| 04/20/2018 | 14 (2 pgs) | Notice of (related document(s): 13 Motion for Relief from Stay . Fee Amount $181.00,) Filed by Grace Louise Dahlquist. Hearing scheduled 5/16/2018 at 09:30 AM at nix3 - Courtroom #3. (MARSHALL, WILLIAM) (Entered: 04/20/2018) |
| 04/25/2018 | 15 (9 pgs) | Chapter 13 Plan Filed by Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 04/25/2018) |
| 04/25/2018 | 16 (8 pgs) | Amended Document *Proper form Petition* Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist (related document(s)1). (MARSHALL, WILLIAM) (Entered: 04/25/2018) |
| 04/25/2018 | 17 (13 pgs) | Chapter 13 Calculation of Your Disposable Income Form 122C-2 , Statement of Financial Affairs for Individual , Summary of Assets and Liabilities and Certain Statistical Information Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 04/25/2018) |
| | | |

| | | |
|---|---|---|
| 04/25/2018 | [18](#) (6 pgs) | Schedule A/B Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 04/25/2018) |
| 04/25/2018 | [19](#) (2 pgs) | Schedule C Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 04/25/2018) |
| 04/25/2018 | [20](#) (1 pg) | Schedule D - Creditors Who Hold Claims Secured by Property Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 04/25/2018) |
| 04/25/2018 | [21](#) (28 pgs) | Schedule E/F: Creditors Who Have Unsecured Claims Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 04/25/2018) |
| 04/25/2018 | [22](#) (1 pg) | Schedule G - Executory Contracts and Unexpired Leases Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 04/25/2018) |
| 04/25/2018 | [23](#) (1 pg) | Schedule H - Your Codebtors Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 04/25/2018) |
| 04/25/2018 | [24](#) (2 pgs) | Schedule I - Your Income Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 04/25/2018) |
| 04/25/2018 | [25](#) (2 pgs) | Schedule J - Your Expenses Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 04/25/2018) |
| 04/30/2018 | [26](#) (135 pgs; 6 docs) | Objection to Confirmation of Plan Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association (related document(s)[15](#)). (Attachments: # [1](#) Proposed Order # [2](#) Exhibit Part 1 # [3](#) Exhibit Part 2 # [4](#) Exhibit Part 3 # [5](#) Service List) (STRANEN, MICHELLE) (Entered: 04/30/2018) |
| 05/09/2018 | [27](#) (2 pgs) | Meeting of Creditors. The Debtor has filed a Plan. This Plan proposes payment to the trustee of $230.00 per month for 60 months. Filed by FREDERICK L. REIGLE. 341(a) meeting to be held on 6/8/2018 at 10:00 AM at 1234 Market Street. Objection to Dischargeability of Certain Debts due: 8/7/2018. Proofs of Claims due by 6/6/2018. Government Proof of Claim Deadline: 09/24/2018.Confirmation Hearing scheduled 7/18/2018 at 09:30 AM at nix3 - Courtroom #3. (REIGLE, FREDERICK) (Entered: 05/09/2018) |
| 05/11/2018 | [28](#) (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # [27](#))). No. of Notices: 39. Notice Date 05/11/2018. (Admin.) (Entered: 05/12/2018) |
| 05/15/2018 | [29](#) (3 pgs; 3 docs) | Certificate of No Response to Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist (related document(s)[13](#)). (Attachments: # [1](#) Service List # [2](#) Proposed Order) (MARSHALL, WILLIAM) (Entered: 05/15/2018) |
| 05/16/2018 | 30 | Hearing not Held on [13](#) Motion for Relief from Stay . Fee Amount $181.00, Filed by Grace Louise Dahlquist Represented by WILLIAM P. |

| | | |
|---|---|---|
| | | MARSHALL (Counsel). Objections due by 5/7/2018. (Attachments: # 1 Proposed Order # 2 certificate of service) filed by Debtor Grace Louise Dahlquist (related document(s),13). Order entered . (D., Stacey) (Entered: 05/17/2018) |
| 05/22/2018 | 31 (1 pg) | Order Granting Motion For Relief From Stay filed by debtor, Grace Louise Dahlquist. (Related Doc # 13) (D., Stacey) (Entered: 05/23/2018) |
| 05/24/2018 | 32 (2 pgs) | Notice of Appearance and Request for Notice by MICHAEL D. VAGNONI Filed by MICHAEL D. VAGNONI on behalf of Montgomery County Tax Claim Bureau. (VAGNONI, MICHAEL) (Entered: 05/24/2018) |
| 05/24/2018 | 33 (2 pgs) | Certificate of Service *to Notice of Appearance and Request for Notice by Michael D. Vagnoni* Filed by MICHAEL D. VAGNONI on behalf of Montgomery County Tax Claim Bureau (related document(s)32). (VAGNONI, MICHAEL) (Entered: 05/24/2018) |
| 05/25/2018 | 34 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 31)). No. of Notices: 2. Notice Date 05/25/2018. (Admin.) (Entered: 05/26/2018) |
| 06/13/2018 | 35 (18 pgs; 9 docs) | Motion For Sanctions for Violation of the Automatic Stay Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Service List) (MARSHALL, WILLIAM) (Entered: 06/13/2018) |
| 06/13/2018 | 36 (2 pgs) | Notice of (related document(s): 35 Motion For Sanctions for Violation of the Automatic Stay ) Filed by Grace Louise Dahlquist. Hearing scheduled 7/18/2018 at 09:30 AM at nix3 - Courtroom #3. (MARSHALL, WILLIAM) (Entered: 06/13/2018) |
| 06/15/2018 | | Meeting of Creditors Held and Concluded on: 6/8/2018. (REIGLE, FREDERICK) (Entered: 06/15/2018) |
| 06/27/2018 | 37 (9 pgs; 3 docs) | Response to Motion for Sanctions for Violation of the Automatic Stay filed by Debtor Grace Louise Dahlquist Filed by Gwynedd Club Condominium Association (related document(s)35). (Attachments: # 1 Proposed Order # 2 Service List) (STRANEN, MICHELLE) (Entered: 06/27/2018) |
| 07/18/2018 | 38 | Case reassigned to Trustee William C. Miller Involvement of Trustee Frederick L. Reigle Terminated . (A., Clarice) (Entered: 07/18/2018) |
| 07/18/2018 | 39 | Hearing Continued on Confirmation Hearing scheduled 9/19/2018 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 07/19/2018) |
| 07/18/2018 | 40 | Hearing Continued on 35 Motion For Sanctions for Violation of the Automatic Stay Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL (Counsel). (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Service List) filed by Debtor Grace Louise Dahlquist. Hearing scheduled 8/15/2018 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 07/19/2018) |

| Date | Doc # | Description |
|---|---|---|
| 08/13/2018 | [41](#) (169 pgs; 14 docs) | Brief *Pursuant to Court's Direction* Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association. (Attachments: # [1](#) Exhibit Exhibit A # [2](#) Exhibit Exhibit B # [3](#) Exhibit Exhibit C # [4](#) Exhibit Exhibit D # [5](#) Exhibit Exhibit E # [6](#) Exhibit Exhibit F # [7](#) Exhibit Exhibit G # [8](#) Exhibit Exhibit H # [9](#) Exhibit Exhibit I # [10](#) Exhibit Exhibit J # [11](#) Exhibit Exhibit K # [12](#) Exhibit Exhibit L # [13](#) Service List) (STRANEN, MICHELLE) (Entered: 08/13/2018) |
| 08/14/2018 | [42](#) (10 pgs) | Brief Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist (related document(s)[35](#)). (MARSHALL, WILLIAM) (Entered: 08/14/2018) |
| 08/15/2018 | 43 | Status Hearing Held on Motion for sanctions. Revised order to be submitted. (D., Stacey) (Entered: 08/15/2018) |
| 08/16/2018 | [44](#) (4 pgs; 3 docs) | Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). (Attachments: # [1](#) Proposed Order # [2](#) Certificate of Service) (MILLER*R, WILLIAM) (Entered: 08/16/2018) |
| 08/16/2018 | [45](#) (2 pgs) | Notice of (related document(s): [44](#) Motion to Dismiss Case. feasibility and underfunding ) *Motion, Response Deadline and Hearing Date* Filed by WILLIAM MILLER*R. Hearing scheduled 9/19/2018 at 09:30 AM at nix3 - Courtroom #3. (MILLER*R, WILLIAM) (Entered: 08/16/2018) |
| 08/20/2018 | [46](#) (1 pg) | Proposed Consent Order RE: Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist (related document(s)[35](#)). (MARSHALL, WILLIAM) (Entered: 08/20/2018) |
| 08/20/2018 | [47](#) (1 pg) | Certificate of Service Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist (related document(s)[42](#)). (MARSHALL, WILLIAM) (Entered: 08/20/2018) |
| 08/21/2018 | [48](#) (1 pg) | Order : Motion For Sanctions for Violation of the Automatic Stay (Related Doc # [35](#)) Ordered that the sheriff sale conducted on 17 Shannon Drive, North Wales, PA is VOID. (D., Stacey) (Entered: 08/21/2018) |
| 08/23/2018 | [49](#) (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [48](#))). No. of Notices: 3. Notice Date 08/23/2018. (Admin.) (Entered: 08/24/2018) |
| 08/28/2018 | [50](#) (1 pg) | Response to Motion to Dismiss Case for Other filed by Trustee WILLIAM MILLER*R Filed by Grace Louise Dahlquist (related document(s)[44](#)). (MARSHALL, WILLIAM) (Entered: 08/28/2018) |
| 09/17/2018 | [51](#) (9 pgs) | Amended Chapter 13 Plan Filed by Grace Louise Dahlquist (related document(s)[15](#)). (MARSHALL, WILLIAM) (Entered: 09/17/2018) |
| 09/18/2018 | [52](#) (145 pgs; 5 docs) | Objection to Confirmation of Plan Filed by Gwynedd Club Condominium Association (related document(s)[51](#)). (Attachments: # [1](#) Proposed Order # [2](#) Exhibit Exhibit A # [3](#) Exhibit Exhibit B # [4](#) Service List)(STRANEN, MICHELLE) (Entered: 09/18/2018) |

| | | |
|---|---|---|
| 09/18/2018 | [53](#) (6 pgs) | Objection to Claim Number 1 by Claimant Gwynedd Club Condominium Ass'n. Filed by Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 09/18/2018) |
| 09/19/2018 | 54 | Confirmation Hearing Continued on 39 Confirmation Hearing scheduled 11/14/2018 at 09:30 AM at nix3 - Courtroom #3. (L., Linda) (Entered: 09/21/2018) |
| 09/19/2018 | 55 | Hearing Continued on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). Hearing scheduled 11/14/2018 at 09:30 AM at nix3 - Courtroom #3. (L., Linda) (Entered: 09/21/2018) |
| 11/14/2018 | 56 | Hearing Continued on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (MILLER*R, WILLIAM) filed by Trustee WILLIAM MILLER*R. Hearing scheduled 2/13/2019 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 11/16/2018) |
| 11/14/2018 | 57 | Hearing Continued on Confirmation Hearing scheduled 2/13/2019 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 11/16/2018) |
| 01/07/2019 | 58 | Case reassigned to Trustee Scott Waterman Involvement of Trustee William Miller Terminated. (E., Violet) (Entered: 01/08/2019) |
| 02/11/2019 | [59](#) (2 pgs) | Notice of Objection to claim Filed by Grace Louise Dahlquist (related document(s)53). Hearing scheduled 3/13/2019 at 09:30 AM at nix3 - Courtroom #3. (MARSHALL, WILLIAM) (Entered: 02/11/2019) |
| 02/13/2019 | 60 | Confirmation Hearing Continued on 27 Confirmation Hearing scheduled 4/10/2019 at 09:30 AM at nix3 - Courtroom #3. (S., Antoinette) (Entered: 02/14/2019) |
| 02/13/2019 | 61 | Hearing Continued on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). Hearing scheduled 4/10/2019 at 09:30 AM at nix3 - Courtroom #3. (S., Antoinette) (Entered: 02/14/2019) |
| 02/22/2019 | [62](#) (211 pgs; 10 docs) | Objection to Objection to Claim filed by Debtor Grace Louise Dahlquist Filed by Gwynedd Club Condominium Association (related document(s)53). (Attachments: # 1 Proposed Order # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Exhibit F # 8 Exhibit G # 9 Service List) (STRANEN, MICHELLE) (Entered: 02/22/2019) |
| 03/13/2019 | 63 | Hearing Continued on 53 Objection to Claim Number 1 by Claimant Gwynedd Club Condominium Ass'n. Filed by Grace Louise Dahlquist. filed by Debtor Grace Louise Dahlquist. Hearing scheduled 5/29/2019 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 03/15/2019) |
| 03/13/2019 | 64 | *** Duplicate Entry*** Hearing Continued on 53 Objection to Claim Number 1 by Claimant Gwynedd Club Condominium Ass'n. Filed by Grace Louise Dahlquist. filed by Debtor Grace Louise Dahlquist. Hearing scheduled 5/29/2019 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) Modified on 3/15/2019 (D., Stacey). (Entered: 03/15/2019) |

| | | |
|---|---|---|
| 04/10/2019 | 65 | Hearing Continued on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (MILLER*R, WILLIAM) filed by Trustee WILLIAM MILLER*R. Hearing scheduled 5/29/2019 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 04/12/2019) |
| 04/10/2019 | 66 | Hearing Continued on Confirmation Hearing scheduled 5/29/2019 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 04/12/2019) |
| 05/29/2019 | 67 | Hearing Continued on Confirmation Hearing scheduled 7/31/2019 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 05/29/2019) |
| 05/29/2019 | 68 | Hearing Continued on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (MILLER*R, WILLIAM) filed by Trustee WILLIAM MILLER*R. Hearing scheduled 7/31/2019 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 05/29/2019) |
| 05/29/2019 | 69 | Hearing Continued on 53 Objection to Claim Number 1 by Claimant Gwynedd Club Condominium Ass'n. Filed by Grace Louise Dahlquist. filed by Debtor Grace Louise Dahlquist. Hearing scheduled 7/31/2019 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 05/29/2019) |
| 07/31/2019 | 70 | Confirmation Hearing Continued on 27 Confirmation Hearing scheduled 9/18/2019 at 09:30 AM at nix3 - Courtroom #3. (S., Antoinette) (Entered: 08/01/2019) |
| 07/31/2019 | 71 | Hearing Continued on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). Hearing scheduled 9/18/2019 at 09:30 AM at nix3 - Courtroom #3. (S., Antoinette) (Entered: 08/01/2019) |
| 07/31/2019 | 72 | Hearing Continued on 53 Objection to Claim Number 1 by Claimant Gwynedd Club Condominium Ass'n. Filed by Grace Louise Dahlquist. Hearing scheduled 9/18/2019 at 09:30 AM at nix3 - Courtroom #3. (S., Antoinette) (Entered: 08/01/2019) |
| 09/18/2019 | 73 | Hearing Continued on Confirmation Hearing scheduled 11/13/2019 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 09/20/2019) |
| 09/18/2019 | 74 | Hearing Continued on 53 Objection to Claim Number 1 by Claimant Gwynedd Club Condominium Ass'n. Filed by Grace Louise Dahlquist. filed by Debtor Grace Louise Dahlquist. Hearing scheduled 11/13/2019 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 09/20/2019) |
| 09/18/2019 | 75 | Hearing Continued on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (MILLER*R, WILLIAM) filed by Trustee WILLIAM MILLER*R. Hearing scheduled 11/13/2019 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 09/20/2019) |

| | | |
|---|---|---|
| 11/06/2019 | [76](#) (23 pgs; 5 docs) | Objection to Confirmation of Plan Filed by Montgomery County Tax Claim Bureau (related document(s)51). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service)(VAGNONI, MICHAEL) (Entered: 11/06/2019) |
| 11/13/2019 | 77 | Hearing Continued on 53 Objection to Claim Number 1 by Claimant Gwynedd Club Condominium Ass'n. Filed by Grace Louise Dahlquist. filed by Debtor Grace Louise Dahlquist. Hearing scheduled 1/8/2020 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 11/15/2019) |
| 11/13/2019 | 78 | Hearing Continued on Confirmation Hearing scheduled 1/8/2020 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 11/15/2019) |
| 11/13/2019 | 79 | Hearing Continued on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (MILLER*R, WILLIAM) filed by Trustee WILLIAM MILLER*R. Hearing scheduled 1/8/2020 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 11/15/2019) |
| 12/06/2019 | [80](#) (1 pg) | Hearing Re-Set on 53 Objection to Claim Number 1 by Claimant Gwynedd Club Condominium Ass'n. Filed by Grace Louise Dahlquist. filed by Debtor Grace Louise Dahlquist. Hearing rescheduled 1/7/2020 at 09:30 AM at nix3 - Courtroom #3. (R., Joan) (Entered: 12/06/2019) |
| 12/08/2019 | [81](#) (2 pgs) | BNC Certificate of Mailing - Hearing Set. Number of Notices Mailed: (related document(s) (Related Doc # [80](#))). No. of Notices: 4. Notice Date 12/08/2019. (Admin.) (Entered: 12/09/2019) |
| 12/31/2019 | [85](#) (1 pg) | Copy of Order from The Supreme Court of Pennsylvania Middle District Re: And Now this 31st day of December 2019, the Petition for Allowance of Appeal is DENIED. (D., Stacey) (Entered: 01/10/2020) |
| 01/07/2020 | 82 | Hearing Continued on 53 Objection to Claim Number 1 by Claimant Gwynedd Club Condominium Ass'n. Filed by Grace Louise Dahlquist. filed by Debtor Grace Louise Dahlquist. Hearing scheduled 1/15/2020 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 01/09/2020) |
| 01/08/2020 | 83 | Hearing Continued on Confirmation Hearing scheduled 2/5/2020 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 01/10/2020) |
| 01/08/2020 | 84 | Hearing Continued on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (MILLER*R, WILLIAM) filed by Trustee WILLIAM MILLER*R. Hearing scheduled 2/5/2020 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 01/10/2020) |
| 01/12/2020 | [86](#) (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [85](#))). No. of Notices: 3. Notice Date 01/12/2020. (Admin.) (Entered: 01/13/2020) |
| 01/14/2020 | [87](#) (2 pgs) | Stipulation By Gwynedd Club Condominium Association and Between Grace Louise Dahlquist . Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association. (STRANEN, MICHELLE) (Entered: 01/14/2020) |

| Date | Doc # | Description |
|---|---|---|
| 01/15/2020 | 88 (2 pgs) | Order re: Granting the Stipulation By Gwynedd Club Condominium Association and Between Grace Louise Dahlquist . Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association (related document(s)87). (D., Stacey) (Entered: 01/16/2020) |
| 01/15/2020 | 89 | Hearing Continued on 53 Objection to Claim Number 1 by Claimant Gwynedd Club Condominium Ass'n. Filed by Grace Louise Dahlquist. filed by Debtor Grace Louise Dahlquist. Hearing scheduled 2/5/2020 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 01/16/2020) |
| 01/18/2020 | 90 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 88)). No. of Notices: 3. Notice Date 01/18/2020. (Admin.) (Entered: 01/19/2020) |
| 02/03/2020 | 91 (64 pgs; 5 docs) | Praecipe *to Attach Exhibits to Objection to Proof of Claim one, exhibits B,D,E and F* Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit) (MARSHALL, WILLIAM). Related document(s) 53 Objection to Claim filed by Debtor Grace Louise Dahlquist.** Modified to add exhibits** Modified on 2/4/2020 (D., Stacey). (Entered: 02/03/2020) |
| 02/03/2020 | 92 (109 pgs; 5 docs) | Praecipe *to Attach Exhibits to Debtors proof of claim one (Exh A)* Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (Attachments: # 1 part one of 4 # 2 part 2 of 4 # 3 part 3 of 4 # 4 part 4 of 4) (MARSHALL, WILLIAM) (Entered: 02/03/2020) |
| 02/03/2020 | 93 (161 pgs; 6 docs) | Praecipe *to Attach Exhibits to objection to proof of claim one (Exh C)* Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (Attachments: # 1 part one of 5 # 2 part 2 of 5 # 3 part 3 of 5 # 4 part 4 of 5 # 5 part 5 of 5) (MARSHALL, WILLIAM) (Entered: 02/03/2020) |
| 02/03/2020 | 94 (10 pgs) | Brief *of Debtor in support of her objections* Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist (related document(s)53). (MARSHALL, WILLIAM) (Entered: 02/03/2020) |
| 02/05/2020 | 95 (1 pg) | Certificate of Service Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist (related document(s)94, 92, 93, 91). (MARSHALL, WILLIAM) (Entered: 02/05/2020) |
| 02/05/2020 | 96 | Hearing Not Held on 53 Objection to Claim Number 1 by Claimant Gwynedd Club Condominium Ass'n. Filed by Grace Louise Dahlquist. filed by Debtor Grace Louise Dahlquist (related document(s),53). Under advisement. (D., Stacey) (Entered: 02/07/2020) |
| 02/05/2020 | 97 | Hearing Continued on Confirmation Hearing scheduled 4/1/2020 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 02/07/2020) |
| 02/05/2020 | 98 | Hearing Continued on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (MILLER*R, WILLIAM) filed by Trustee WILLIAM MILLER*R. Hearing scheduled 4/1/2020 at 09:30 AM at nix3 - Courtroom #3. (D., Stacey) (Entered: 02/07/2020) |

| Date | Doc | Description |
|---|---|---|
| 02/24/2020 | [99](#) (66 pgs; 3 docs) | Brief Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association. (Attachments: # [1](#) Exhibit Exhibit 1 # [2](#) Service List) (STRANEN, MICHELLE) (Entered: 02/24/2020) |
| 04/01/2020 | 100 | Hearing Continued on [44](#) Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). Hearing scheduled 5/6/2020 at 09:30 AM at nix3 - Courtroom #3. (R., Joan) (Entered: 04/01/2020) |
| 04/01/2020 | 101 | Hearing Continued Confirmation . Confirmation Hearing scheduled 5/6/2020 at 09:30 AM at nix3 - Courtroom #3. (R., Joan) (Entered: 04/01/2020) |
| 04/27/2020 | [102](#) (9 pgs) | Order Denying Objection to Claim Number 1 by Claimant Gwynedd Club Condominium Ass'n. Filed by Grace Louise Dahlquist. (related document(s)[53](#)). (R., Sara) (Entered: 04/27/2020) |
| 04/29/2020 | [103](#) (10 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [102](#))). No. of Notices: 3. Notice Date 04/29/2020. (Admin.) (Entered: 04/30/2020) |
| 05/01/2020 | [104](#) (118 pgs; 16 docs) | **Incorrect Entry - Re-docketed- See Document No. 106** Motion To Stay Filed by Carney Heaing & Cooling, Inc. Represented by HAROLD E. VILETTO (Counsel). (Attachments: # [1](#) Exhibit Exhibit A # [2](#) Exhibit Exhibit B # [3](#) Exhibit Exhibit C # [4](#) Exhibit Exhibit D # [5](#) Exhibit Exhibit E # [6](#) Exhibit Exhibit F # [7](#) Exhibit Exhibit G # [8](#) Exhibit Exhibit H # [9](#) Exhibit Exhibit I # [10](#) Exhibit Exhibit J # [11](#) Exhibit Exhibit K # [12](#) Exhibit Exhibit L # [13](#) Exhibit Exhibit M # [14](#) Exhibit Exhibit N # [15](#) Service List Certificate of Service) (VILETTO, HAROLD) Modified on 5/1/2020 (R., Sara). (Entered: 05/01/2020) |
| 05/01/2020 | [105](#) (3 pgs; 2 docs) | Proposed Orders re: Motion for Clarification that Automatic Stay does not Apply, or in the alternative, Motion for Relief from Stay Filed by Bill Kraekel, Carney Plumbing, Heating & Cooling, Inc. Represented by HAROLD E. VILETTO (Counsel). (Attachments: # [1](#) Proposed Order) (VILETTO, HAROLD). (Related document(s) [106](#)) **Modified on 5/1/2020 to add linkage and fix entry (R., Sara).** (Entered: 05/01/2020) |
| 05/01/2020 | [106](#) (118 pgs; 3 docs) | **Correct Entry** Motion for Clarification that Automatic Stay does not Apply, or in the alternative, Motion for Relief from Stay. Fee Amount $181.00, Filed by Bill Kraekel, Carney Plumbing, Heating & Cooling, Inc. Represented by HAROLD E. VILETTO (Counsel). (Attachments: # [1](#) Exhibit A through N # [2](#) Certificate of Service) (R., Sara) (Entered: 05/01/2020) |
| 05/01/2020 | [107](#) (1 pg) | Fee Due $181 Motion to Confirm Termination or Absence of Stay filed by Creditor Carney Plumbing, Heating & Cooling, Inc., Creditor Bill Kraekel, Motion for Relief From Stay (related document(s)[106](#)). Fee due by 5/8/2020. (R., Sara) (Entered: 05/01/2020) |
| 05/01/2020 | | Receipt of Motion for Relief From Stay(18-12049-jkf) ( 181.00) Filing Fee. Receipt number 22424867. Fee Amount $ 181.00. (re: Doc# [106](#)) (U.S. Treasury) (Entered: 05/01/2020) |
| 05/04/2020 | [108](#) | Notice of (related document(s): [106](#) Motion to Confirm Termination or |

| | | |
|---|---|---|
| | (3 pgs) | Absence of Stay) Filed by Carney Plumbing, Heating & Cooling, Inc.. Hearing scheduled 5/27/2020 at 09:30 AM at nix3 - Courtroom #3. (VILETTO, HAROLD) (Entered: 05/04/2020) |
| 05/06/2020 | 109 | Hearing Continued on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (MILLER*R, WILLIAM) filed by Trustee WILLIAM MILLER*R. Hearing scheduled 6/3/2020 at 09:30 AM at nix3 - Courtroom #3. (R., Joan) (Entered: 05/06/2020) |
| 05/06/2020 | 110 | Hearing Continued on Confirmation . Confirmation Hearing scheduled 6/3/2020 at 09:30 AM at nix3 - Courtroom #3. (R., Joan) (Entered: 05/06/2020) |
| 05/27/2020 | 111 | Hearing Held on 106 Motion for Clarification that Automatic Stay does not Apply, or in the alternative, Motion for Relief from Stay. Fee Amount $181.00, Filed by Bill Kraekel, Carney Plumbing, Heating & Cooling, Inc. Represented by HAROLD E. VILETTO (Counsel). (Attachments: # 1 Exhibit A through N # 2 Certificate of Service) (R., Sara) filed by Creditor Carney Plumbing, Heating & Cooling, Inc., Creditor Bill Kraekel; ORDER (related document(s),106). (R., Joan) (Entered: 05/27/2020) |
| 05/28/2020 | 112 (2 pgs) | Order Granting Motion for Clarification that Automatic Stay does not Apply, or in the alternative, Motion for Relief from Stay Filed by Bill Kraekel, Carney Plumbing, Heating & Cooling, Inc. Represented by HAROLD E. VILETTO (Related Doc # 106) (R., Sara) (Entered: 05/29/2020) |
| 05/31/2020 | 113 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 112)). No. of Notices: 3. Notice Date 05/31/2020. (Admin.) (Entered: 06/01/2020) |
| 06/02/2020 | 114 (6 pgs) | Amended Schedule A *to reflect final determination of item 34 on schedule* Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist. (MARSHALL, WILLIAM) (Entered: 06/02/2020) |
| 06/02/2020 | 115 (9 pgs) | Second Amended Chapter 13 Plan Filed by Grace Louise Dahlquist (related document(s)15, 51). (MARSHALL, WILLIAM) (Entered: 06/02/2020) |
| 06/03/2020 | 116 | Hearing Continued on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R (Counsel). (Attachments: # 1 Proposed Order # 2 Certificate of Service) (MILLER*R, WILLIAM) filed by Trustee WILLIAM MILLER*R. Hearing scheduled 7/15/2020 at 09:30 AM at nix3 - Courtroom #3. (R., Joan) (Entered: 06/03/2020) |
| 06/03/2020 | 117 (3 pgs; 2 docs) | Certificate of Service Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist (related document(s)115). (Attachments: # 1 Service List) (MARSHALL, WILLIAM) (Entered: 06/03/2020) |
| 06/03/2020 | 118 (6 pgs; 3 docs) | Motion to Avoid Lien with Gwynedd Club Condo Assn Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL (Counsel). (Attachments: # 1 Proposed Order # 2 Service List) (MARSHALL, WILLIAM) (Entered: 06/03/2020) |

| Date | Doc # | Description |
|---|---|---|
| 06/03/2020 | 119 (2 pgs) | Notice of (related document(s): 118 Motion to Avoid Lien with Gwynedd Club Condo Assn ) Filed by Grace Louise Dahlquist. Hearing scheduled 7/8/2020 at 09:30 AM at nix3 - Courtroom #3. (MARSHALL, WILLIAM) (Entered: 06/03/2020) |
| 06/03/2020 | 120 | Hearing Continued on Confirmation. Hearing scheduled 7/15/2020 at 09:30 AM at nix3 - Courtroom #3. (R., Sara) (Entered: 06/10/2020) |
| 06/15/2020 | 121 (145 pgs; 8 docs) | Objection to Confirmation of Plan Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association (related document(s)115). (Attachments: # 1 Proposed Order # 2 Exhibit Ex A Pt 1 # 3 Exhibit Ex A Pt 2 # 4 Exhibit Ex A Pt 3 # 5 Exhibit Ex A Pt 4 # 6 Exhibit Ex B # 7 Service List) (STRANEN, MICHELLE) (Entered: 06/15/2020) |
| 06/15/2020 | 122 (42 pgs; 4 docs) | Response to Motion to Avoid Lien filed by Debtor Grace Louise Dahlquist Filed by Gwynedd Club Condominium Association (related document(s)118). (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Service List) (STRANEN, MICHELLE) (Entered: 06/15/2020) |
| 06/19/2020 | 123 (3 pgs) | Withdrawal of Appearance of Harold E. Viletto and entry of appearance of n/a Filed by HAROLD E. VILETTO on behalf of Carney Plumbing, Heating & Cooling, Inc.. (VILETTO, HAROLD) (Entered: 06/19/2020) |
| 06/26/2020 | 124 | Case reassigned to Judge Ashely M. Chan Involvement of Judge Jean K. FitzSimon Terminated . (A., Clarice) (Entered: 06/26/2020) |
| 07/08/2020 | 125 | Hearing Continued on 118 Motion to Avoid Lien with Gwynedd Club Condo Assn Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL. Hearing scheduled 7/15/2020 at 09:30 AM at nix4 - Courtroom #4. (R., Sara) (Entered: 07/08/2020) |
| 07/15/2020 | 126 | Hearing Continued on 118 Motion to Avoid Lien with Gwynedd Club Condo Assn Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL (Counsel). Hearing scheduled 11/18/2020 at 11:00 AM at nix4 - Courtroom #4; Debtor Atty brief 8/14/20; Respondent 9/14/20; Debtor reply 10/5/20 and Condo reply 11/2/20. (R., Joan) (Entered: 07/15/2020) |
| 07/15/2020 | 127 | Hearing Continued on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R. Hearing scheduled 11/18/2020 at 11:00 AM at nix4 - Courtroom #4. (R., Sara) (Entered: 07/16/2020) |
| 07/15/2020 | 128 | Hearing Continued on Confirmation. Hearing scheduled 11/18/2020 at 11:00 AM at nix4 - Courtroom #4. (R., Sara) (Entered: 07/16/2020) |
| 08/14/2020 | 129 (1 pg) | Chapter 13 Trustee Annual Report filed by Filed by SCOTT F. WATERMAN (Chapter 13). (WATERMAN (Chapter 13), SCOTT) (Entered: 08/14/2020) |
| 08/14/2020 | 130 (5 pgs) | Brief *in support of motion to avoid liens* Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist (related document(s)118). (MARSHALL, WILLIAM) (Entered: 08/14/2020) |

| Date | Doc # | Description |
|---|---|---|
| 09/14/2020 | 131 (5 pgs; 2 docs) | Brief Filed by MICHELLE JEANNE STRANEN on behalf of Gwynedd Club Condominium Association (related document(s)122). (Attachments: # 1 Service List) (STRANEN, MICHELLE) (Entered: 09/14/2020) |
| 10/05/2020 | 132 (4 pgs) | Brief in Reply Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist (related document(s)130, 131). (MARSHALL, WILLIAM) (Entered: 10/05/2020) |
| 11/02/2020 | 133 (55 pgs; 2 docs) | Supplemental Brief in Support of the Response in Opposition to Debtor's Motion to Avoid Liens Filed by Gwynedd Club Condominium Association (related document(s)122). (Attachments: # 1 Exhibit) (STRANEN, MICHELLE). **Modified on 11/3/2020 by (R., Sara).** (Entered: 11/02/2020) |
| 11/03/2020 | | Corrective Entry re: Supplemental Brief in Support of the Response in Opposition to Debtor's Motion to Avoid Liens Filed by Gwynedd Club Condominium Association (related document(s)133). **modified to reflect correct linkage and named document filed (R., Sara)** (Entered: 11/03/2020) |
| 11/18/2020 | 134 | Hearing Continued on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R. Hearing scheduled 11/25/2020 at 11:00 AM at nix4 - Courtroom #4. (R., Sara) (Entered: 11/19/2020) |
| 11/18/2020 | 135 | Hearing Continued on Confirmation. Hearing scheduled 11/25/2020 at 11:00 AM at nix4 - Courtroom #4. (R., Sara) (Entered: 11/19/2020) |
| 11/18/2020 | 136 | Hearing Continued on 118 Motion to Avoid Lien with Gwynedd Club Condo Assn Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL. Hearing scheduled 11/25/2020 at 11:00 AM at nix4 - Courtroom #4. (R., Sara) (Entered: 11/19/2020) |
| 11/25/2020 | 137 (1 pg) | Order Granting Motion to Dismiss Case (Related Doc # 44) (D., Stacey) (Entered: 11/25/2020) |
| 11/25/2020 | 138 (1 pg) | Order Denying Motion To Avoid Lien for reasons stated in open court. (Related Doc # 118) (D., Stacey) (Entered: 11/25/2020) |
| 11/25/2020 | 141 | Hearing Held on 44 Motion to Dismiss Case. feasibility and underfunding Filed by WILLIAM MILLER*R Represented by WILLIAM MILLER*R. Order Entered (R., Sara) (Entered: 12/01/2020) |
| 11/25/2020 | 142 | 13 Confirmation Hearing Held and Denied. (R., Sara) (Entered: 12/01/2020) |
| 11/25/2020 | 143 | Hearing Held on 118 Motion to Avoid Lien with Gwynedd Club Condo Assn Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL. Order Entered. (R., Sara) (Entered: 12/01/2020) |
| 11/27/2020 | 139 (5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 137)). No. of Notices: 41. Notice Date 11/27/2020. (Admin.) (Entered: 11/28/2020) |
| 11/27/2020 | 140 | BNC Certificate of Mailing - PDF Document. (related document(s) |

| | | |
|---|---|---|
| | | (Related Doc # 138)). No. of Notices: 3. Notice Date 11/27/2020. (Admin.) (Entered: 11/28/2020) |
| 12/02/2020 | [144](#) (60 pgs; 5 docs) | Motion to Reconsider (related documents Order on Motion to Dismiss Case for Other, Order on Motion to Avoid Lien) , Motion to Reconsider Dismissal of Case Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL (Counsel) (related document(s)137, 138). (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Exhibit # 4 Exhibit) (MARSHALL, WILLIAM) (Entered: 12/02/2020) |
| 12/03/2020 | [145](#) (2 pgs) | Notice of (related document(s): 144 Motion to Reconsider (related documents Order on Motion to Dismiss Case for Other, Order on Motion to Avoid Lien) ) Filed by Grace Louise Dahlquist. Hearing scheduled 1/6/2021 at 11:00 AM at nix4 - Courtroom #4. (MARSHALL, WILLIAM) (Entered: 12/03/2020) |
| 12/03/2020 | [146](#) (3 pgs; 2 docs) | Certificate of Service *relating to Motion for Reconsideration and Notice of Hearing relating to the same* Filed by WILLIAM P. MARSHALL on behalf of Grace Louise Dahlquist (related document(s)145, 144). (Attachments: # 1 Exhibit) (MARSHALL, WILLIAM) (Entered: 12/03/2020) |
| 01/06/2021 | 147 | Hearing Held on Motion to Reconsiderrder on Motion to Dismiss Case for Other, Order on Motion to Avoid Lien Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL(related document(s),144). Order to be Entered Denying Motion. (R., Sara) (Entered: 01/07/2021) |
| 01/07/2021 | [148](#) (1 pg) | Order Denying Motion to Reconsider Order on Motion to Dismiss Case for Other, Order on Motion to Avoid Lien Filed by Grace Louise Dahlquist Represented by WILLIAM P. MARSHALL (Related Doc # 144) (R., Sara) (Entered: 01/07/2021) |
| 01/09/2021 | [149](#) (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 148)). No. of Notices: 3. Notice Date 01/09/2021. (Admin.) (Entered: 01/10/2021) |
| 02/23/2021 | [150](#) (3 pgs) | Chapter 13 Trustee's Final Report and Account, Dismissed. Filed by SCOTT F. WATERMAN (Chapter 13). (WATERMAN (Chapter 13), SCOTT) (Entered: 02/23/2021) |
| 02/24/2021 | | Bankruptcy Case Terminated for Statistical Purposes. (D., Stacey) (Entered: 02/24/2021) |

---

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/12/2021 16:16:51 | | | |
| **PACER Login:** | MStranen | **Client Code:** | |
| **Description:** | Docket | **Search** | 18-12049-amc Fil or Ent: filed Doc |

7/12/2021    Case 21-11829-amc    Doc 8-3    Filed 07/12/21    Entered 07/12/21 16:52:50    Desc
Live Database Area
Exhibit    Page 17 of 17

| | | | |
|---|---|---|---|
| | Report | **Criteria:** | From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 13 | **Cost:** | 1.30 |