# EXHIBIT "D"

realtor.com®

Log In

Sign Up

Advertise

Buy

Sell

Rent

Mortgage

Find Realtors®

My Home

News & Insights

Advertise

North Wales, PA

Public Owner

**Interested in selling your home?**

Estimated home value*

**$135,000**

See your selling options

*Estimation is calculated based on tax assessment records, recent sale prices of comparable properties, and other factors.

Map

| 1 | 1 | 702 | 1,259 |
|---|---|---|---|
| bed | bath | sq ft | sqft lot |

FEMA Zone **X** (est.) • Flood Factor **1**/10 NEW

Commute Time 17 Shannon Dr, North Wales, PA 19454

Share Edit Facts Ask an agent

**Property Overview** - 17 Shannon Dr, North Wales, PA 19454 is a condo built in 1969. This property was last sold for $64,000 in 2002 and currently has an estimated value of $135,000.



 R City, Address, School, A... Buy Sell Mortgage Real Estate Agents Feed Log In Sign Up

Search Overview Listing Details Public Facts Sale & Tax History Schools

Local rules require you to be signed in to see more photos.

Sign In or Join for free with no obligation.

Local rules require you to be signed in to see all of the details.
Sign In or Join for free with no obligation.

**17 Shannon Dr,** North Wales, PA 19454

| $137,994 | 1 | 1 | 702 |
|---|---|---|---|
| Redfin Estimate | Bed | Bath | Sq Ft |

**Off Market**

This home last sold on Mar 21, 2002.

## Redfin Estimate for 17 Shannon Rd

Edit Home Facts to improve accuracy.

Create an Owner Estimate

$137,994

Last Sold Price Unknown

Track This Estimate

Estimate history not available – we'll add it here when we have enough quality data.

## Is this your home?

Claim this home to track its value and nearby sales activity

I'm the owner

Sell your home with a Redfin Partner Agent.

Estimated sale price

$132,000 - $145,000

Request consultation

North Wales      trulia      

OFF MARKET

# 17 Shannon Dr
North Wales, PA 19454

1 Bed   1 Bath   702 sqft

## $143,500
Trulia Estimate ⓘ
as of Jul 9, 2021
Est. Refi. Payment $724/mo*

**Refinance Your Home**

## Local Information



**Map View**
Explore the area around 17 Shannon Dr.

**Schools**
1 Elementary School
1 Middle School
1 High School

**Crim**
Lowe
coun

## Description



♡ Save    ↗ Share    ••• More

# $143,500  1 bd | 1 ba | 702 sqft

17 Shannon Dr, North Wales, PA 19454

• Pre-foreclosure / auction | Zestimate®: $143,500

**Get more info**

Overview | Facts and features | Foreclosure information | Home value | Price and t... >



## Travel times ⬤

🚗 Add work destination

## Overview

Time on Zillow **98 days**  |  Views **134**  |  Saves **0**

This 702 square foot condo home has 1 bedrooms and 1.0 bathrooms. This home is located at 17 Shannon Dr, North Wales, PA 19454.

**Listed by:**