# EXHIBIT A

| MONTGOMERY COUNTY TAX CLAIM BUREAU | NOTICE OF PUBLIC SALE | | DATE |
|---|---|---|---|
| PLEASE PRESENT THIS NOTICE WHEN MAKING PAYMENT | CERTIFIED MAIL NO. | 9269 3969 0037 9892 7245 61 | 7/15/2021 |



**ADDRESS ALL COMMUNICATIONS AND MAKE CHECK PAYABLE TO:**
Montgomery County Tax Claim Bureau
One Montgomery Plaza, Suite 600
Norristown, PA 19401
610-278-1216

BUSINESS HOURS: 8:30 A.M. TO 4:15 P.M. MONDAY THRU FRIDAY
PHONE: (610) 278-1216

www.taxclaim.montcopa.org

NO PERSONAL CHECKS 30 DAYS BEFORE SALE
NO CASH ACCEPTED
CREDIT CARDS NOT ACCEPTED 30 DAYS BEFORE SALE

IF RECEIPT IS DESIRED, PLEASE ENCLOSE A SELF ADDRESSED STAMPED ENVELOPE

TERMS OF SALE: CERTIFIED CHECK AT THE TIME THE PROPERTY IS STRUCK DOWN MADE PAYABLE TO MONTGOMERY COUNTY TAX CLAIM BUREAU

**WARNING**
"YOUR PROPERTY IS ABOUT TO BE SOLD WITHOUT YOUR CONSENT FOR DELINQUENT TAXES. YOUR PROPERTY MAY BE SOLD FOR A SMALL FRACTION OF ITS FAIR MARKET VALUE. IF YOU HAVE ANY QUESTIONS AS TO WHAT YOU MUST DO IN ORDER TO SAVE YOUR PROPERTY, PLEASE CALL YOUR ATTORNEY, THE TAX CLAIM BUREAU AT THE FOLLOWING TELEPHONE NUMBER (610) 278-1216 OR THE COUNTY LAWYER REFERRAL SERVICE."

{01135400;v1}

### DESCRIPTION OF PROPERTY

| Delinquent Tax Year | 2019 | DEED BOOK 5400 | DEED PAGE 1263 |
|---|---|---|---|
| PARCEL NUMBER | 56-00-07984-10-5 | ASSESSED VALUE | $53,660 |
| LOCATION | 17 SHANNON DR | | |
| MUNICIPALITY | Upper Gwynedd | | |
| SCHOOL DISTRICT | NORTH PENN SCHOOL DISTRICT | | |
| LAND USE | CONDO GARDEN STYLE-PRIVATE ENT. 1-3S | | |

TO: ALL OWNERS OF PROPERTY DESCRIBED IN THIS NOTICE, AND ALL PERSONS HAVING TAX LIENS AND JUDGEMENTS OR MUNICIPAL CLAIMS AGAINST SAID PROPERTIES: Notice is hereby given by the TAX CLAIM BUREAU in and for the County of Montgomery under and by the authority of the provisions of the Act of 1947, known as the "Real Estate Tax Law", as amended, that the said BUREAU will expose at a public sale that will be held virtually commencing at 10:00 A. M. on September 23, 2021, or to any day to which the sale may be adjourned, re-adjourned or continued, for the purpose of collecting unpaid taxes, municipal claims and cost incident thereto, the above described real estate for at least the upset price in the amount hereinabove set forth. Instructions on the virtual sale are available at the Bureau's website www.taxclaim.montcopa.org or by calling 610-278-1216. The sale of this property may, at the option of the BUREAU, be stayed if the owner thereof or any lien creditors of the owner, on or before the commencement of the actual sale, enters into an agreement with the BUREAU to pay the taxes and costs owing on said property in installments in the manner provided by said law. Owners shall not be permitted to redeem said property after the date of said Upset Sale.

| OWNER/REPUTED OWNER/PARTY OF INTEREST | APPROXIMATE UPSET PRICE |
|---|---|
| GRACE L DAHLQUIST<br>PO BOX 267<br>COLMAR PA 18915-0267 | THE APPROXIMATE UPSET PRICE FOR WHICH THE PROPERTY SHALL BE SOLD IS:<br>**$16,195.36** |

Bankruptcy Notice: If you are a debtor in a pending bankruptcy case and the automatic stay is in effect, this sale notice DOES NOT APPLY to your property. Please contact the Bureau, or have your attorney contact the Bureau IMMEDIATELY to provide us with your bankruptcy information.

Notice of the return of delinquent taxes against this property by the various taxing districts and the entry of tax claims thereon has been heretofore given according to law, and the period of redemption having been expired, said claim has now become absolute, this sale will be final divesting your title to the property, the purpose of the sale being to provide for the collection of the amount of taxes owing on said property. Notice of sale will be published in two newspapers of general circulation along with the Montgomery Law Reporter; cost of which publication will be added to the lien after the property is advertised.

---

MONTGOMERY COUNTY
TAX CLAIM BUREAU
ONE MONTGOMERY PLAZA, SUITE 600
NORRISTOWN, PA 19401

**RETURN RECEIPT (ELECTRONIC)
RESTRICTED DELIVERY**

3        298
56-00-07984-10-5

USPS CERTIFIED MAIL



9269 3969 0037 9892 7245 61

*************AUTO**ALL FOR AADC 190 298 1 AB 0.428
GRACE L DAHLQUIST
PO BOX 267
COLMAR PA 18915-0267