# EXHIBIT B

USPS.com® - USPS Tracking® Results

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tL...

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: 9269396900379892724561

Remove ✕

Your item was delivered at 10:33 am on July 22, 2021 in COLMAR, PA 18915.

## ⊘ Delivered

July 22, 2021 at 10:33 am
COLMAR, PA 18915

Get Updates ⌄

---

Text & Email Updates ⌄

---

Return Receipt Electronic ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.