# EXHIBIT C

**LAW OFFICE OF WILLIAM P. MARSHALL**
21 E. Lincoln Avenue, Suite 120
Hatfield, Pennsylvania 19440
(215) 997-6040
(215) 997-9611 Facsimile
wpmlawoffice@aol.com

July 22, 2021

Montgomery County Tax Claim Bureau
P.O. Box 190
Norristown, PA 19404.

Re:   In re Grace Dahlquist,
      U.S. Bankr. E.D. Pa. 21-11829
      Your file no. 56-00-0794-10-5

Dear Sir/Madam:

Please be advised that the above parcel owner, Grace Dahlquist has sought protection from the United States Bankruptcy Court for the Eastern District of Pennsylvania filing a voluntary Chapter 13 Petition. The bankruptcy case number is 21-11829 in which relief has been ordered. I bring this to your attention as you had mailed her certified mail relating to a notice of sale of the property for September 23, 2021. Please mark your file accordingly.

As the automatic stay is in place, this listing on July 15, 2021 is a post-petition act to collect a debt, and it violates the automatic stay. Furthermore, your communication to the Debtor further violates the automatic stay as well. Please cease and desist from all communications with my client. Kindly address any inquiries to my attention.

Please note further that the bankruptcy plan when filed shall seek to sell the real estate in question done subject to the approval of the bankruptcy court. Your claim as a priority shall be paid from the proceeds of the sale. Please provide me with a breakdown of your claim so that I may assess its appropriateness and object, if necessary. It is my intention to have a closing on this sale before the close of the year. Please call me if you have any questions.

Very truly yours,

*William P. Marshall*
WILLIAM P. MARSHALL

WPM/pl
cc:   Grace Dahlquist