# EXHIBIT D

| MONTGOMERY COUNTY TAX CLAIM BUREAU | CERTIFIED MAIL | Mailing Date | Delinquent Tax Year |
|---|---|---|---|
| **NOTICE OF PUBLIC SALE** | | 7/15/2021 | 2019 |

| TERMS OF SALE: CERTIFIED CHECK AT THE TIME THE PROPERTY IS STRUCK DOWN MADE PAYABLE TO | NO PERSONAL CHECKS 30 DAYS BEFORE SALE<br>NO CASH ACCEPTED<br>CREDIT CARDS NOT ACCEPTED 30 DAYS BEFORE SALE | Parcel: 56-00-07984-10-5 |
|---|---|---|
| Montgomery County Tax Claim Bureau<br>P.O. Box 190<br>Norristown, PA 19401<br>610-278-1216<br>website www.taxclaim.montcopa.org | MAKE CHECK PAYABLE TO:<br>MONTGOMERY COUNTY TAX CLAIM BUREAU<br><br>BUSINESS HOURS  8:30 A.M. TO 4:15 P.M MONDAY THRU FRIDAY<br>PHONE  610-278-1216 | Loc:    17 SHANNON DR<br>DB:     5400 01263<br>AV:     $53,660.00<br>Desc:   CONDO GARDEN STYLE-PRIVATE ENT. 1-3S |

TO: ALL OWNERS OF PROPERTY DESCRIBED IN THIS NOTICE, AND ALL PERSONS HAVING TAX LIENS AND JUDGEMENTS OR MUNICIPAL CLAIMS AGAINST SAID PROPERTIES: Notice is hereby given by the TAX CLAIM BUREAU in and for the County of Montgomery under and by the authority of the provisions of the Act of 1947, known as the "Real Estate Tax Law", as amended, that the said BUREAU will expose at a public sale that will be held virtually commencing at **10:00 A. M. on September 23, 2021**, or to any day to which the sale may be adjourned, re-adjourned or continued, for the purpose of collecting unpaid taxes, municipal claims and cost incident thereto, the above described real estate for at least the upset price in the amount hereinabove set forth. Instructions on the virtual sale are available at the Bureau's website www.taxclaim.montcopa.org or by calling 610-278-1216.

The sale of this property may, at the option of the BUREAU, be stayed if the owner thereof or any lien creditors of the owner, on or before the commencement of the actual sale, enters into an agreement with the BUREAU to pay the taxes and costs owing on said property in installments in the manner provided by said law. Owners shall not be permitted to redeem said property after the date of said Upset Sale.

| ASSESSED TO: | APPROXIMATE UPSET PRICE |
|---|---|
| DAHLQUIST GRACE L<br>PO BOX 267<br>COLMAR, PA 18915-0267 | $16,260.51<br>$ _____ |

Notice or the return of delinquent taxes against this property by the various taxing districts and the entry of tax claims thereon has been heretofore given according to law, and the period of redemption having been expired, said claim has now become absolute, this sale will be final divesting your title to the property, the purpose of the sale being to provide for the collection of the amount of taxes owing on said property. Notice of sale will be published in two newspapers of general circulation along with the Montgomery Law Reporter; cost of which publication will be added to the lien after the property is advertised.

**Bankruptcy Notice:** If you are a debtor in a pending bankruptcy case and the automatic stay is in effect, this sale notice DOES NOT APPLY to your property. Please contact the Bureau, or have your attorney contact the Bureau IMMEDIATELY to provide us with your bankruptcy information.

**WARNING**

"YOUR PROPERTY IS ABOUT TO BE SOLD WITHOUT YOUR CONSENT FOR DELINQUENT TAXES. YOUR PROPERTY MAY BE SOLD FOR A SMALL FRACTION OF ITS FAIR MARKET VALUE. IF YOU HAVE ANY QUESTIONS AS TO WHAT YOU MUST DO IN ORDER TO SAVE YOUR PROPERTY, PLEASE CALL YOUR ATTORNEY, THE TAX CLAIM BUREAU (610) 278-1216, OR THE COUNTY LAWYER REFERRAL SERVICE."

{01135400;v1}

| ...RY COUNTY ...CLAIM BUREAU  ...OTICE OF PUBLIC SALE | CERTIFIED MAIL | Mailing Date | Delinquent Tax Year |
|---|---|---|---|
| | | 7/15/2021 | 2019 |

| TERMS OF SALE: CERTIFIED CHECK AT THE TIME THE PROPERTY IS STRUCK DOWN MADE PAYABLE TO<br><br>Montgomery County Tax Claim Bureau<br>P.O. Box 190<br>Norristown, PA 19404<br>610-278-1216<br>www.taxclaim.montcopa.org | NO PERSONAL CHECKS 30 DAYS BEFORE SALE<br>NO CASH ACCEPTED<br>CREDIT CARDS NOT ACCEPTED 30 DAYS BEFORE SALE<br><br>MAKE CHECK PAYABLE TO:<br>MONTGOMERY COUNTY TAX CLAIM BUREAU<br><br>BUSINESS HOURS  8:30 A.M. TO 4:15 P.M MONDAY THRU FRIDAY<br>PHONE  610-278-1216 | Parcel: 56-00-07984-10-5<br>Loc:  17 SHANNON DR<br>DB:  5400 01263<br>AV:  $53,660.00<br>Desc:  CONDO GARDEN STYLE-PRIVATE ENT. 1-3S |

TO: ALL OWNERS OF PROPERTY DESCRIBED IN THIS NOTICE, AND ALL PERSONS HAVING TAX LIENS AND JUDGEMENTS OR MUNICIPAL CLAIMS AGAINST SAID PROPERTIES: Notice is hereby given by the TAX CLAIM BUREAU in and for the County of Montgomery under and by the authority of the provisions of the Act of 1947, known as the "Real Estate Tax Law", as amended, that the said BUREAU will expose at a public sale that will be held virtually due to, commencing at **10:00 A. M. on September 23, 2021**, or to any day to which the sale may be adjourned, re-adjourned or continued, for the purpose of collecting unpaid taxes, municipal claims and cost incident thereto, the above described real estate for at least the upset price in the amount hereinabove set forth. Instructions on the virtual sale are available at the Bureau's website www.taxclaim.montcopa.org or by calling 610-278-1216. The sale of this property may, at the option of the BUREAU, be stayed if the owner thereof or any lien creditors of the owner, on or before the commencement of the actual sale, enters into an agreement with the BUREAU to pay the taxes and costs owing on said property in installments in the manner provided by said law. Owners shall not be permitted to redeem said property after the date of said Upset Sale.

| ASSESSED TO: | APPROXIMATE UPSET PRICE |
|---|---|
| DAHLQUIST GRACE L<br>PO BOX 267<br>COLMAR, PA 18915-0267 | $16,260.51<br>$ _____ |

Notice or the return of delinquent taxes against this property by the various taxing districts and the entry of tax claims thereon has been heretofore given according to law, and the period of redemption having been expired, said claim has now become absolute, this sale will be final divesting your title to the property, the purpose of the sale being to provide for the collection of the amount of taxes owing on said property. Notice of sale will be published in two newspapers of general circulation along with the Montgomery Law Reporter; cost of which publication will be added to the lien after the property is advertised.

**Bankruptcy Notice:** If you are a debtor in a pending bankruptcy case and the automatic stay is in effect, this sale notice DOES NOT APPLY to your property. Please contact the Bureau, or have your attorney contact the Bureau IMMEDIATELY to provide us with your bankruptcy information.

### WARNING
"YOUR PROPERTY IS ABOUT TO BE SOLD WITHOUT YOUR CONSENT FOR DELINQUENT TAXES. YOUR PROPERTY MAY BE SOLD FOR A SMALL FRACTION OF ITS FAIR MARKET VALUE. IF YOU HAVE ANY QUESTIONS AS TO WHAT YOU MUST DO IN ORDER TO SAVE YOUR PROPERTY, PLEASE CALL YOUR ATTORNEY, THE TAX CLAIM BUREAU (610) 278-1216, OR THE COUNTY LAWYER REFERRAL SERVICE."

{01135400;v1}