# EXHIBIT E

## FAX Transmission Status

**Transmission complete: 2021-07-07 10:02:36 EDT**

**Job ID** 691806125 **Destination** (610)317-8778

**Status** Success    **Detail**    Success

**Pages** 1    **Xmit Time** 00:00:37

---

**LAW OFFICE OF WILLIAM P. MARSHALL**
21 E. Lincoln Avenue, Suite 120
Hatfield, Pennsylvania 19440
(215) 997-6040
(215) 997-9611 Facsimile
wpmlawoffice@aol.com

July 7, 2021

Via Facsimile Only

Ms. Merrilee B. Durrwachter, Esquire
559 Main Street, Suite 200
Bethlehem, PA 18018

　　　　Re:　　Torres Rivera v. Maldonado
　　　　　　　Lehigh Co. CCP No. 2019-FC-0956

Dear Ms. Durrwachter:

　　　　Your client requested this period of custody for the purpose of a vacation. My client has requested the itinerary on the App several times. The child has suggested that they are or are traveling to New York. Section 7 of the agreement requires pre-notification of travel and that an itinerary be provided.

　　　　Also, please remind your client of the obligations of Section 9 relating to disclosure of a current address as the landlord tenant records reflect that a substantial unsatisfied monetary judgment has been entered against your client. Working with you to resolve things appears to be unilateral in nature such that this is the only notice and opportunity to cure any issues relating to the above. Be guided accordingly.

　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　William P. Marshall
　　　　　　　　　　　　WILLIAM P. MARSHALL

WPM/pl
cc:　　Mr. Peniel Torres Rivera

# LAW OFFICE OF WILLIAM P. MARSHALL

21 E. Lincoln Avenue, Suite 120
Hatfield, Pennsylvania 19440
(215) 997-6040
(215) 997-9611 Facsimile
wpmlawoffice@aol.com

June 30, 2021

Via Facsimile 610.278.3832
and Regular Mail

Sheriff Sean Kilkenny
Montgomery County Court House, First Floor
P.O. Box 311
Norristown, PA 19404

   Re: Gwynedd Club  v. Dahlquist,
      Mont. Co. CCP No. 2014-29149

Dear Sheriff Kilkenny:

   Please be advised that the Defendant, Grace Dahlquist in the matter captioned above has sought protection from the United States Bankruptcy Court for the Eastern District of Pennsylvania filing a voluntary Chapter 13 Petition. The bankruptcy case number is 21-11829 in which relief has been ordered.  As such, kindly remove this case, listed as number 24 from the Sheriff's sale inventory of matters to be sold today.  Please call me if you have any questions.

        Very truly yours,
        William P. Marshall s/
        WILLIAM P. MARSHALL

WPM/pl
cc: Grace Dahlquist
  Michelle J. Stranen, Esquire