United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-11829-amc
Grace Louise Dahlquist  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Aug 12, 2021  Form ID: 309I  Total Noticed: 74

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++  Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Grace Louise Dahlquist, 17 Shannon Drive, North Wales, PA 19454-4015 |
| tr | + | SCOTT F. WATERMAN (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606-2265 |
| 14620957 | + | ARS Account Resolution, 1801 NW 66th Avenue, Suite 200C, Fort Lauderdale, FL 33313-4571 |
| 14620952 | + | Abington Emergency Physcians of Lansdale, 1200 Old York Road, Abington, PA 19001-3720 |
| 14620953 | + | Abington Emergency Physician, 56 W Main Street, Suite 305, Newark, DE 19702-1503 |
| 14620954 | + | Abington Health Lansdale, Business Services Dept, 1200 Old York Rd, Abington, PA 19001-3720 |
| 14620955 | + | Abington Health Physicians Prof Servs, 1200 Old York Road, Abington, PA 19001-3720 |
| 14620956 | + | Abington-Lansdale Hospital, 100 Medical Campus Drive, Lansdale, PA 19446-1259 |
| 14620960 | | Buruea of Collections, Lehigh County Courthouse, Room 130, 455 W Hamilton Street, Allentown, PA 18101-1614 |
| 14620961 | + | Cabella Visa, One Cabella Drive, Sidney, NE 69160-0001 |
| 14620965 | | Chestnut Hill Clinical Corp, 38 E. Willow Avenue, Philadelphia, PA 19118 |
| 14620967 | + | City of Allentown - Parking Authority, 603 W. Linden Street, Allentown, PA 18101-1417 |
| 14620971 | + | Credit Control, LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 14620977 | + | DSNB Department Stores National Bank, P.O. Box 8066, Mason, OH 45040-8066 |
| 14620974 | + | District Court 31-1-07, 501 West Hamilton Street, Basement, Allentown, PA 18101-1501 |
| 14620975 | + | Doctors Business Bureau, 202 N Federal Hwy, Lake Worth, FL 33460-3438 |
| 14620976 | + | Dr. Richard R. McCurdy, 1088 West Baltimore Pike, Suite 2500, Media, PA 19063-5166 |
| 14620978 | | Emergency Physicians Associates of PA PC, 307 S. Evergreen Avenue, Winslow, NJ 08095 |
| 14620980 | + | FMA Alliance Ltd, 12339 Cutton Road, Houston, TX 77066-1807 |
| 14620981 | | Fortiva, P.O. Box 105555, Amanda, GA 30348-5555 |
| 14620984 | + | Grand View Hospital, 700 Lawn Avenue, Sellersville, PA 18960-1587 |
| 14620986 | + | Gwynedd Club Condominium Assocaition, 15 Wexford Drive, North Wales, PA 19454-4019 |
| 14620987 | + | Hillmont, GI, 125 Medical Campus Drive, Suite 104, Lansdale, PA 19446-7205 |
| 14620988 | + | JC Christensen & Assoc, Inc, PO Box 519, Sauk Rapids, MN 56379-0519 |
| 14620989 | + | Lansdale Hospital - Business Services Dept, 1200 Old York Road, Abington, PA 19001-3720 |
| 14620990 | + | Linebarger, Grggans, Blair & Sampson, LL, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14620993 | + | Medicare / CMS, PO Box 138832, Oklahoma City, OK 73113-8832 |
| 14620994 | + | Michele Stranen, Esquire, Marcus and Hoffman, 325 W State Street, Media, PA 19063-2615 |
| 14620995 | + | Mid-Atlantic Credit Corporation, PO Box 388, Conshohocken, PA 19428-0388 |
| 14626808 | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, Obermayer Rebmann Maxwell & Hippel LLP, 1500 Market Street, Suite 3400, Centre Square West Philadelphia, PA 19102-2100 |
| 14620999 | + | Montgomery County Tax Claim Bureau, 1 Montgomery Plaza, PO Box 190, Norristown, PA 19404-0190 |
| 14621001 | #+ | National Court Reporters Inc, 7835 Freeway Circle, Cleveland, OH 44130-6326 |
| 14621002 | + | North Penn School District, c/o Jane Murray, Tax Collector, PO Box 1, West Point, PA 19486-0001 |
| 14621003 | + | North Penn Surgical Associates, 125 Medical Campus Drive, Suite 310, Lansdale, PA 19446-7205 |
| 14621004 | + | Penn Neurological Associates, 125 Medical Campus Drive, Suite 206, Lansdale, PA 19446-7205 |
| 14621005 | + | Pennsylvania Turnpike Commission, 8000C Derry Street, Harrisburg, PA 17111-5200 |
| 14621007 | ++++ | RADIOLOGY GROUP OF ABINGTON, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Radiology Group of Abington, PO Box 6750, Portsmouth, NH 03802 |
| 14621011 | #+ | Upper Gwynedd Township, Upper Gwynedd Twp Bldg, PO Box 1, West Point, PA 19486-0001 |
| 14621013 | + | william P. Marshall, Esquire, 3101 Trewigtown Road, PO Box 267, Colmar, PA 18915-0267 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: 309I | Total Noticed: 74 |
| TOTAL: 39 | | |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: wpmlawoffice@aol.com | Aug 12 2021 23:32:00 | WILLIAM P. MARSHALL, Law Office of William P. Marshall, P.O. Box 267, 3101 Trewigtown Road, Colmar, PA 18915 |
| smg | Email/Text: megan.harper@phila.gov | Aug 12 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | EDI: PENNDEPTREV | Aug 13 2021 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 12 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Aug 12 2021 23:32:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14620958 | + EDI: TSYS2.COM | Aug 13 2021 03:28:00 | Barclay Bank of DE, 125 S. West Street, Wilmington, DE 19801-5014 |
| 14620959 | + Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 12 2021 23:32:00 | Berks Credit and Collections, PO Box 329, Temple, PA 19560-0329 |
| 14620963 | + EDI: CITICORP.COM | Aug 13 2021 03:28:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14620962 | + Email/Text: ebn@carepayment.com | Aug 12 2021 23:32:00 | Care Payment, PO Box 9197, Pompano Beach, FL 33075-9197 |
| 14620966 | + EDI: CITICORP.COM | Aug 13 2021 03:28:00 | Citibank, 100 Citibank Drive, San Antonio, TX 78245-3202 |
| 14620968 | + EDI: COMCASTCBLCENT | Aug 13 2021 03:28:00 | Comcast Corporation, Comcast Center, 1701 JFK Blvd, Philadelphia, PA 19103-2899 |
| 14620969 | + EDI: CONVERGENT.COM | Aug 13 2021 03:33:00 | Convergent Outsourcing, Inc, PO box 9004, Renton, WA 98057-9004 |
| 14620970 | + Email/Text: csd1clientservices@cboflanc.com | Aug 12 2021 23:32:00 | Credit Bureau of Lancaster Co., Inc, PO Box 1271, Lancaster, PA 17608-1271 |
| 14620972 | + Email/Text: bdsupport@creditmanagementcompany.com | Aug 12 2021 23:32:00 | Credit Management Company, 2121 Noblestown Road, Suite 300, Pittsburgh, PA 15205-3956 |
| 14620973 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 12 2021 23:33:55 | Credit One Bank, PO Box 98878, Las Vegas, NV 89193-8878 |
| 14620979 | + EDI: AMINFOFP.COM | Aug 13 2021 03:28:00 | First Preimer Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14620982 | + EDI: RMSC.COM | Aug 13 2021 03:28:00 | GECRB, PO Box 965024, Orlando, FL 32896-5024 |
| 14620983 | + EDI: PHINGENESIS | Aug 13 2021 03:33:00 | Genesis FS Card Services, P.O. Box 4488, Beaverton, OR 97076-4402 |
| 14619116 | + Email/Text: mstranen@marcushoffman.com | Aug 12 2021 23:32:00 | Gwynedd Club Condominium Association, c/o Michelle J. Stranen, 326 West State Street, Media PA 19063-3861 |
| 14620964 | EDI: JPMORGANCHASE | Aug 13 2021 03:28:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: 309I | Total Noticed: 74 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14626474 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2021 23:33:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14620991 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 12 2021 23:33:41 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14620997 | + | Email/Text: mmrgbk@miramedrg.com | Aug 12 2021 23:32:00 | MIRA Med Revenue Group, 991 Oak Creek Drive, Lombard, IL 60148-6408 |
| 14620992 | + | EDI: CBSMASON | Aug 13 2021 03:28:00 | Massey's, 1251 First Avenue, Chippewa Falls, WI 54729-1691 |
| 14620996 | + | EDI: CBS7AVE | Aug 13 2021 03:33:00 | Midnight Velvet, 1515 S 21st Street, Clinton, IA 52732-6676 |
| 14620998 | + | EDI: CBS7AVE | Aug 13 2021 03:33:00 | Monroe and Main, 1515 S. 21st Street, Clinton, IA 52732-6676 |
| 14621000 | + | EDI: CBS7AVE | Aug 13 2021 03:33:00 | Montgomery Ward, 3650 Milwaukee Street, Madison, WI 53714-2304 |
| 14627466 | | EDI: PRA.COM | Aug 13 2021 03:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14621006 | + | EDI: PRA.COM | Aug 13 2021 03:28:00 | Portfoilio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 14625952 | | EDI: Q3G.COM | Aug 13 2021 03:28:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14621008 | + | EDI: CBS7AVE | Aug 13 2021 03:33:00 | Swiss Colony, 1515 S. 21st Street, Clinton, IA 52732-6676 |
| 14621009 | + | EDI: RMSC.COM | Aug 13 2021 03:28:00 | Synchrony Bank, PO Box 965024, Orlando, FL 32896-5024 |
| 14621010 | + | EDI: URSI.COM | Aug 13 2021 03:28:00 | United Recovery Systems, LP, PO Box 722910, Houston, TX 77272-2910 |
| 14621012 | + | EDI: BLUESTEM | Aug 13 2021 03:33:00 | Web Bank, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14621014 | + | EDI: CAPITALONE.COM | Aug 13 2021 03:28:00 | Worlds Foremost Bank, 4800 NW First Street, Lincoln, NE 68521-4463 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14620985 | ##+ | Grinley Financial Corp, 30 Washington Ave, Suite C-6, Haddonfield, NJ 08033-3341 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Aug 12, 2021 | Form ID: 309I | Total Noticed: 74

Date: Aug 14, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:**

**Name**     **Email Address**

MICHAEL D. VAGNONI
on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHELLE JEANNE STRANEN
on behalf of Creditor Gwynedd Club Condominium Association mstranen@marcushoffman.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM P. MARSHALL
on behalf of Debtor Grace Louise Dahlquist wpmlawoffice@aol.com


TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Grace Louise Dahlquist<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3395<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: 13   6/30/21 |
| Case number: | 21–11829–amc | |

# Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Grace Louise Dahlquist | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 17 Shannon Drive<br>North Wales, PA 19454 | |
| 4. | **Debtor's attorney**<br>Name and address | WILLIAM P. MARSHALL<br>Law Office of William P. Marshall<br>P.O. Box 267<br>3101 Trewigtown Road<br>Colmar, PA 18915 | Contact phone 215–997–6040<br><br>Email: wpmlawoffice@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Contact phone (610) 779–1313<br><br>Email: ECFMail@ReadingCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 8/12/21 |

**For more information, see page 2**

Debtor **Grace Louise Dahlquist**                                                                                                                                                    Case number **21–11829–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 10, 2021 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via video conference. All interested, parties shall contact the Trustee, for connection details.** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/9/21** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/8/21** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/27/21** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $150.00 per month for 36 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/6/21** at **10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |