United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11829-amc |
| Grace Louise Dahlquist | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 12, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Grace Louise Dahlquist, 17 Shannon Drive, North Wales, PA 19454-4015 |
| cr | + | Montgomery County Tax Claim Bureau, c/o Michael Vagnoni, Obermayer Rebmann Maxwell & Hippel LLP, 1500 Market Street, Suite 3400, Centre Square West Philadelphia, PA 19102-2100 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:**

**Name**      **Email Address**

MICHAEL D. VAGNONI
     on behalf of Creditor Montgomery County Tax Claim Bureau michael.vagnoni@obermayer.com
     Lucille.acello@obermayer.com;helen.belair@obermayer.com;coleen.schmidt@obermayer.com;turner.falk@obermayer.com

MICHELLE JEANNE STRANEN
     on behalf of Creditor Gwynedd Club Condominium Association mstranen@marcushoffman.com

SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 12, 2021 | Form ID: pdf900 | Total Noticed: 2

WILLIAM P. MARSHALL
       on behalf of Debtor Grace Louise Dahlquist wpmlawoffice@aol.com

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-11829-amc |
| | : | |
| GRACE LOUISE DAHLQUIST | : | |
| | : | Chapter 13 |
| | : | |

**ORDER**

AND NOW, this _____ day of August 2021, following the telephonic hearing held on August 11, 2021, upon consideration of the Gwynedd Club Condominium Association's Motion (#8), and the response thereto, if any, it is hereby:

**ORDERED**, that the automatic stay imposed in this case pursuant to 11 U.S.C. § 362(a) is hereby terminated pursuant to 11 U.S.C. § 362(d) to permit Gwynedd Club Condominium Association, its successors and/or assigns, to exercise all rights available to it under applicable law with respect to the Property located at 17 Shannon Road, North Wales, PA 19454, including but not limited to continuing a foreclosure action and/or scheduling an auction of the Property; and it is further

**ORDERED**, that any future filings under the Bankruptcy Code shall not operate as a stay as to Gwynedd Club Condominium Association and its successors and/or assigns enforcement of their rights in and to the Property; and it is further

**ORDERED**, that in accordance with 11 U.S.C. § 362(d)(4), upon this Order being recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under Title 11 purporting to affect the Property; and shall not trigger the protections of the automatic stay with respect to the Property after the date of the entry of this Order; and it is further

**ORDERED**, that Gwynedd Club Condominium Association and its successors and/or assigns, are authorized to take all necessary actions to effectuate the provisions of this Order; and it is further

**ORDERED**, that any Federal, State municipality, county and local governmental agency or department, including without limitation, the Office of the Recorder of Deeds in and for Montgomery County Pennsylvania, shall record this Order in the land records, as necessary or appropriate to effectuate the intent of this Order upon receipt of the appropriate fee (if any); and it is further

**ORDERED**, that the fourteen (14) day stay imposed by FED. R. BANKR.P. 4001(a)(3) be, and it is hereby waived.

BY THE COURT:

_____
J.

**Date: August 12, 2021**

Copies to:

Counsel for Creditor,
Gwynedd Club Condominium Association
Michele J. Stranen, Esquire
Marcus & Hoffman, P.C.
326 West State Street
Media, PA 19063

Counsel for Debtor
William P. Marshall, Esquire
Law Office of William P. Marshall, PC
21 E. Lincoln Avenue, Suite 120
Hatfield, PA  19440

Chapter 13 Trustee
Scott F. Waterman
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

U.S. Trustee
Office of United States Trustee
200 Chestnut Street, suite 502
Philadelphia PA, 19106