**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 21-11829-amc |
| GRACE LOUISE DAHLQUIST<br>    Chapter 13 | ) | |
| | ) | |

**RESPONDENT MCSO'S REMOTE WITNESS LIST**

In accordance with the Court Order dated November 23, 2021, Respondent Montgomery County Sheriff Office submits the following Remote Witness List.

**1.    Deputy Sheriff Matthew Stead**

   a.    **Name and Title of the Remote Witness**

Deputy Sheriff Matthew Stead of the Montgomery County Sheriff's Office.

   b.    **Summary of Subject Matter of Anticipated Testimony**

Deputy Sheriff Matthew Stead will testify regarding his service of the Montgomery County Tax Claim Bureau documentation at the house of Grace Louise Dahlquest.

   c.    **Email Address for Witness**

mstead@montcopa.org

   d.    **Location of the Remote Witness**

At the office of the Montgomery County Sheriff, Montgomery County Courthouse, Norristown, Pennsylvania.

   e.    **Place from which the Remote Witness Will Testify**

At the office of the Montgomery County Sheriff, Montgomery County Courthouse, Norristown, Pennsylvania.

### f. **Individuals in the Testifying Room**

Deputy Sheriff Matthew Stead will be joined by Sergeant Robert Baer, who is also a witness.

### g. **Documents available to Witness**

The Remote Witness Will Have a Hard Copy of Respondent's MCSO's Exhibit List and accompanying Exhibits.

## 2. **Sergeant Robert Bear**

### a. **Name and Title of the Remote Witness**

Sergeant Robert Baer of the Montgomery County Sheriff Office.

### b. **Summary of Subject Matter of Anticipated Testimony**

Sergeant Robert Bear will testify regarding the office procedures for the Montgomery County Sheriff office with respect to serving tax claims on behalf of the Montgomery County Tax Claim Bureau.

### c. **Email Address for Witness**

rbaer@montcopa.org

### d. **Location of the Remote Witness**

At the office of the Montgomery County Sheriff, Montgomery County Courthouse, Norristown, Pennsylvania.

### e. **Place from which the Remote Witness Will Testify**

At the office of the Montgomery County Sheriff, Montgomery County Courthouse, Norristown, Pennsylvania.

f.  **Individuals in the Testifying Room**

Sergeant Robert Baer will be joined by Deputy Sheriff Matthew Stead, who is also a witness.

g.  **Documents available to Witness**

The Remote Witness Will Have a Hard Copy of Respondent's MCSO's Exhibit List and accompanying Exhibits.

Respectfully submitted,

**WALSH PANCIO, LLC**

BY: _____
Joseph P. Walsh, Esquire
I.D. No. 64352
*Attorney for Defendant*
2028 North Broad Street
Lansdale, PA 19446-1004
(215) 368-8660/ (215) 368-7990
joe@walshpancio.com